## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RICHARD A. SIEGEL**                )
**Teaneck, NJ**                      )
                                     )
**ALI ALI**                          )
**Rodeo, CA**                        )
                                     )
**PEGGY AHWESH**                     )
**New York, NY**                     )                Case No. 16-2288
                                     )
**JAMES ANDERSON**                   )
**Mountain Home, AR**                )
                                     )
**ALICE BACH**                       )
**Cleveland, OH**                    )
                                     )
**ANTOINE BOGHOSSIAN**               )
**Watertown, MA**                    )
                                     )
**GLORIA BOGHOSSIAN**                )
**Watertown, MA**                    )
                                     )
**TANIA BOGHOSSIAN**                 )
**Watertown, MA**                    )
                                     )
**JOHN BOYD**                        )
**Kenner, LA**                       )
                                     )
**JAMES COBEY**                      )
**Washington, D.C.**                 )
                                     )
**ABDUR-RAHIM DUDAR**                )
**Atlanta, GA**                      )
                                     )
**TY EBRIGHT**                       )
**Cambridge, MA**                    )
                                     )
**STEVEN GOOSSEN**                   )
**Dinuba, CA**                       )
                                     )
**RAY GORDON**                       )
**Venice, FL**                       )
                                     )
                                     )

**ABBAS HAMIDEH**                                    )
**Mayfield Heights, OH**                             )
                                                     )
**LINDA KATEEB**                                     )
**Ohio, US**                                         )
                                                     )
**LINDA MANSOUR**                                    )
**Toledo, OH**                                       )
                                                     )
**DONNA NASSOUR**                                    )
**New York, NY**                                     )
                                                     )
**ROBIN NICHOLAS**                                   )
**Cape Cod, MA**                                     )
                                                     )
**ALAN NOFAL**                                       )
**Lorton, VA**                                       )
                                                     )
**AVRAHAM PELED, a.k.a. MIKO PELED**                 )
**San Diego, CA**                                    )
                                                     )
**MICHAEL RABB**                                     )
**Boulder, CO**                                      )
                                                     )
**MARY SCHULTZ**                                     )
**Lincoln, RI**                                      )
                                                     )
**LYNN SCHULTZ**                                     )
**Lincoln, RI**                                      )
                                                     )
**LOU STONE**                                        )
**Inchelium, WA**                                    )
                                                     )
**ROBIE TENORIO**                                    )
**Garberville, CA**                                  )
                                                     )
**JOHN VAN WAGONER**                                 )
**Washington, D.C.**                                 )
                                                     )
**LINDA VASQUEZ**                                    )
**Oak Park, IL**                                     )
                    Plaintiffs,                      )
                          v.                         )
                                                     )
**UNITED STATES DEPARTMENT OF THE**                  )
**TREASURY, WASHINGTON, D.C.**                       )

and )
)
**UNITED STATES DEPARTMENT OF THE** )
**TREASURY SECRETARY JACOB LEW** )
**In his official capacity** )
)
)
**UNITED STATES DEPARTMENT OF** )
**DEFENSE, PENTAGON, VA** )
and )
)
**UNITED STATES DEPARTMENT OF** )
**DEFENSE SECRETARY ASHTON CARTER** )
**In his official capacity** )
and )
)
**UNITED STATES DEPARTMENT OF** )
**STATE, WASHINGTON, D.C.** )
and )
)
**UNITED STATES DEPARTMENT OF** )
**STATE SECRETARY JOHN KERRY** )
**In his official capacity** )
)
)
                    Defendants. )
_____

**COMPLAINT FOR ENFORCEMENT OF U.S. CONGRESSIONAL MANDATES RE
FOREIGN AID RECIPIENTS, HUMAN RIGHTS RECORD ADHERENCE TO
AMERICAN AND INTERNATIONAL HUMAN RIGHTS CONVENTIONS, AND
AMERICA'S ANTI-SETTLEMENT PUBLIC POLICY**

**Table of Contents**

**INTRODUCTION**   **2**

**JURISDICTION**   **11**

**VENUE**   **13**

**RELEVANT STATUTES**   **14**

**PARTIES**   **21**

**FIRST CAUSE OF ACTION - AGENCY DEFENDANTS HAVE FINANCED ISRAEL'S MASTER PLAN TO PERMANENTLY COLONIZE THE OPT AND IN THE PROCESS DE-NATIONALIZE THE PALESTINIAN POPULATION – A WAR CRIME**   **23**

**SECOND CAUSE OF ACTION-  AGENCY DEFENDANTS BY GIVING $200 BILLION TO SETTLERS AND THE ISRAELI ARMY HAVE AIDED AND ABETTED THE COMMISSION OF WAR CRIMES, CRIMES AGAINST HUMANITY, GENOCIDE, AND THE DENATIONALIZATION OF A CIVILIAN POPULATION**   **37**

**THIRD CAUSE OF ACTION-**   **57**

**THE AGENCY DEFENDANTS HAVE ENGAGED IN 'ARBITRARY AND CAPRICIOUS' CONDUCT BY ADOPTING A PRO-ISRAEL DOUBLE STANDARD AND BY NOT ADHERING TO THEIR OWN REGULATIONS WHICH PROHIBIT FUNDING ETHNIC CLEANSING, GENOCIDE AND THE DE-NATIONALIZATION OF A CIVILIAN POPULATION – OBVIOUS WAR CRIMES.**   **57**

## INTRODUCTION

Plaintiffs have named the United States ("U.S.") Department of Defense ("DOD"), the Department of State ("State"), and the Treasury Department ("Treasury") herein as Defendants, asking this Court to compel them to: (a) adhere to numerous congressional mandates and resolutions, their own rules and regulations and U.S. and international human rights conventions; (b) adhere to fifty years of clearly articulated U.S. anti-settlement public policy (*see* Exhibit A); (c) end all financial and military aid to Israel based on these clear congressional mandates; (d)

stop financing Israel's Master Plan which was implemented in 1982 to de-nationalize the entire

Palestinian population; and (e) cease engaging in "'arbitrary and capricious' conduct" which is

detrimental to all U.S citizens.[1]

Those legislative mandates require termination of aid to countries, which have engaged:

(a) in wholesale violations of U.S and international human rights conventions; or, (b) have used

U.S. military equipment for reasons other than self-defense. The statutes applicable to human

rights violations are 22 U.S.C. §§ 8422 and § 2378d, which are respectively referred to as the

Foreign Assistance Act of 1961 ("FAA") as amended and the Leahy Law. The other statutes,

which require termination of aid when a country uses U.S. military equipment for reasons other

than self-defense, are the U.S. Arms Export Control Act ("AECA") and the 1992 Mutual

Defense Assistance Agreement ("MDAA") as amended.

Both the FAA and the Leahy Law have been utilized by DOD and State to ban aid to

countries with deplorable human rights records, assuming there is credible evidence thereof.

Both DOD and State have formulated their own version of the Leahy law. Relying on their

respective Leahy laws, DOD and State have sanctioned countries like Chile, Nicaragua and

Venezuela for wholesale deprivation of human rights. While those countries' human rights'

records can be criticized, they fall far short of Israel's deplorable human rights record. For

example, they incarcerated an Israeli citizen, (Mordacai Vanunu) for twenty-eight years (twelve

of which in solitary confinement) simply because he disclosed the existence of Israel's nuclear

---

[1] *See* <u>Armed and Dangerous: U.S. Weapons Transfers to Israel</u>, THE PALESTINE CENTER, March 6, 2012, citing General Petraeus' conclusion that massive financial assistance going to Israel "strains the United States' relationships with its regional allies, lends legitimacy to foreign groups that are hostile to the United Sates, and undermines United States' interests in the region". He also challenged Israel's oft-repeated claim to be America's most reliable ally.

program. Also, they have forced Palestinians to live in "open air prisons" according to former Prime Minister Olmert.

There is ample precedent for terminating military and financial aid to Israel. For example, both the Ford and the Reagan administrations sanctioned Israel on the basis of the AECA and MDAA, refusing to sell cluster bombs to Israel for six consecutive years. The reason – Israeli army personnel were using cluster and phosphorous bombs for non-defensive purposes by murdering and maiming innocent civilians in Lebanon and the Occupied Palestinian Territories (hereinafter OPT).[2] During invasions into Gaza, Israeli air force personnel were dropping one-ton bombs, provided by DOD, in order to flatten entire blocks in Gaza. See Pilot's Letter by Senior Officer Shapira referencing such conduct to be war crimes and stating that he was working for "a terrorist organization" i.e. the Israeli Air Force.

Credible evidence exists that the Israeli army and belligerent settlers in the Occupied Territories ("OPT"), with U.S. taxpayer assistance, have been murdering and maiming Palestinians for at least thirty years and depriving them of fundamental human rights guaranteed under Israel's own 1948 Declaration, its 1992 basic human rights statute ("BHRS"), and the Universal Declaration of Human Rights ("UDHR"). Credible evidence includes: a) annual State Department reports; b) Senator Leahy's March 2016 letter to Secretary of State Kerry (re: extra-judicial killings); c) The June 2016 Congressional letter to President Obama requesting the appointment of a representative for Palestinian children to protect them from vicious attacks by belligerent settlers and Israeli army personnel; d) numerous reports issued by Amnesty International and B'tselem [Israeli NGO]; e) admissions made by Israeli army veterans in the book "OUR HARSH LOGIC" as to the war crimes they committed in the OPT; f) UN Special

---

[2] CONGRESSIONAL RESEARCH SERVICE FOREIGN AID TO ISRAEL, 2002.

Rapporteur reports; g) extensive media reporting especially by Haaretz; h) New York Times articles, *e.g.,:* Chris Hedges – A Gaza Diary – ("Never saw army personnel killing 12 year olds for sport") and; i) Israeli-based NGOs' reports on torture, administrative detention, and the incarceration of twelve-year-old Palestinian children.

Israeli army and Air Force military operations in the OPT have been funded by the American taxpayer for the last thirty years. The operations are designed to expand illegal settlements, build new settlements, and subjugate the Palestinian population by murdering and maiming at least 10,000 of them. These operations, a) are clearly not defensive in nature, i.e. killing unarmed Palestinian farmers tending to their olive groves; b) violate fifty years of U.S. anti-settlement public policy; c) violate the U.S. Constitution [Law of Nations]; and d) the six congressional mandates referenced herein. *Israeli army personnel have murdered and maimed at least 171 American citizens* with aircraft and military hardware, provided by DOD, authorized by State, and financed by Treasury. Besides the 167 American sailors murdered and maimed aboard the USS Liberty, there are U.S. citizens like Rachel Corrie, Mahmoud Shaalan, Bryan Avery, David Schermerhorn, Mary Ann Wright, Huwaida Arraf, Emily Henochowicz, and Tristan Anderson, all of whom have been maimed and murdered by Israeli armed forces. Other than Vietnam, Israel is the only country that has maimed and murdered so many innocent Americans, most of whom were unarmed when attacked.

Treasury, like DOD and State, played a key role in expanding illegal settlements and in the violent subjugation of the Palestinian population by refusing to end the notorious money-laundering operation which results in $2 billion in laundered funds being sent by U.S. pro-

occupation tax exempt entities and their American donors to the Israeli army and hundreds of illegal settlements every year.[3]

Settlements use these funds: (a) to expand their perimeters by stealing nearby Palestinian property; (b) to construct 'Jewish only' highways that link up the settlements; and (c) to engage in arms trafficking by buying sophisticated military hardware like Kalashnikovs, percussion grenades, night vision goggles, and sniper scopes for those settlers who are members of the settlement militia unit.[4] The unit's two-fold mission is to a) maim and murder as many Palestinian neighbors as they can, and b) illegally confiscate all Palestinian property located near the settlements. This criminal activity, financed by the agency defendants, is a vital component of Israel's Master Plan referenced herein to permanently colonize the OPT and east Jerusalem. The sad reality is that the defendants agencies' funding of "Israeli policies encouraging settlement growth and squelching Palestinian development are steadily eroding the viability of the two-state solution".[5]

For the last thirty years, agency officials have been knowingly providing direct and indirect financial assistance to the Israeli army and violent belligerent settlers in order to rid the West Bank of all non-Jews. That massive funding (at least $5 billion a year) aids and abets the implementation of Israel's Master Plan to de-nationalize the entire Palestinian population by permanently annexing the OPT in its entirety. Direct financial assistance and loan guarantees made by these agencies over the past thirty years has totaled $160 billion. Indirect financial

---

[3] Eric Fleish and Theodore Sasson, *American Jewish giving to Israel*, THE NEW PHILANTHROPY, Apr. 2012, P. 9.
[4] *See* Abulhawa v. Treasury, Pl.'s Amended Complaint, No. 1:15-cv-2186, at 13, 14, 51, 64 (D. D.C. 2015).
[5] *See* Ruth Eglash, Carol Morello, *State Dept. Criticizes Israeli Settlement Expansion, Demolitions*, WASHINGTON POST, July 29, 2016; N.Y. Times Editorial Board, *At the Boiling Point with Israel*, NEW YORK TIMES, Oct. 6, 2016.

assistance, i.e. taxpayer deductions approved by Treasury to fund Israeli army operations and illegal settlements, is somewhere between $40- $50 billion. With Treasury's approval, U.S. citizens have sent approximately $1 billion to the Israeli army in the last ten years; i.e. $104 million went to the Israeli army in 2014 alone. *No country in the world except the U.S. allows and encourages its taxpayers to fund a foreign army by taking illegal tax deductions. These are illegal tax deductions because they are used to fund sniper schools, buy sophisticated military hardware, and train settlers in the use of sniper scopes and Kalashnikovs.* Treasury officials apparently believe that these are normal 'educational' or 'charitable' activities which are routinely engaged in by legitimate U.S. tax exempt entities such as, soup kitchens and shelters for the homeless.

This topic has been discussed and written about extensively in American, Israeli, and International media outlets, i.e., NPR interviews, and Slate Magazine, Le Monde, the Irish Times, the London Telegraph, the Washington Post, NY Times, and Forward.[6] While the whole world appears to know exactly what has been going on in the OPT for the last thirty years, agency defendants officials have chosen to ignore the abhorrent criminal activity engaged in by the Israel army and belligerent setters. As detailed herein, the $200 billion that agency officials have given to Israel over the last thirty years has enabled Israeli army personnel and belligerent settlers to bring the Master Plan to fruition, i.e. rid the OPT and East Jerusalem of all non-Jews. Ethnic cleansing is a despicable war crime which violates the International Genocide

---

[6] David Ignatius, *A Tax Break Fuels Middle East Friction*, WASHINGTON POST, March 26, 2009; Ronit Avni, *Want to Stop Israeli Settlements? Follow the Dollars*, WASHINGTON POST, June 25, 2009; Sheera Frenkel, *American Christian Funding Flows to Jewish Settlers*, NATIONAL PUBLIC RADIO, June 12, 2009; Josh Nathan-Kazis, *Can Tax-Free Donations Fund Settlements?*, FORWARD, January 6, 2010 issue of January 15, 2010; Christopher Hitchens, *Your Tax Dollars at Work—in West Bank Settlements: Why is the U.S. Treasury Department subsidizing zealots who oppose our foreign-policy objectives?*, SLATE, July 12, 2010; Jim Rutenberg, Mike McIntire, Ethan Bronner, *Tax Exempt Funds Aid Settlements in West Bank*, NEW YORK TIMES, July 5, 2010.

Convention, signed by both America and Israel, and also violates Israel's own war crimes

statute. Evidence of the pro-Israel double standard is that all agency defendants have consistently

condemned ethnic cleansing (for example, in Kosovo and South Africa) but do not do so when it

comes to Israel. Evidence that the pro-Israel double standard still exists is the State Department's

recent condemnation of the carpet bombing in Syria by Saudi Arabia. That activity is deemed to

be a war crime by the State Department. However, the identical carpet bombing, when engaged

in Gaza during three separate invasions, is deemed to be a 'defensive measure' even though

10,000 Palestinians have been murdered during these invasions. The State Department relies on

that characterization to justify further funding of the Israeli army and Israeli Air Force and the

commission of additional war crimes.

Agency officials have purposefully engaged in 'arbitrary and capricious' conduct over a

thirty period by continuing to: a) fund this brutal criminal activity and wholesale violence

inflicted on a civilian population - genocide, ethnic cleansing, arson, and cruel and inhumane

treatment; and b) promote violence in the OPT directed against the civilian Palestinian

population through illicit means such as income tax fraud, money laundering, and arms

trafficking. Agency officials have continued to fund that criminal activity, even though it

violates: (a) the U.S. Constitution Law of Nations clause (Art. I Sec. 8 Cl. 10); (b) President

Lincoln's 1863 U.S. Lieber Code – The Geneva Convention predecessor; (c) the U.S. war crimes

statute (18 U.S.C. 2441); (d) six U.S criminal statutes including money laundering and arms

trafficking; (e) America's Neutrality Act (22 U.S.C. 441); (f) the Arms Export Control Act, (g)

the 1952 Mutual Defense Agreement, (h) the Fourth Geneva Convention;[7] (i) the Hague

---

[7] Fourth Geneva Convention Article 53.

Convention;[8] (j) the UN Charter principles adopted by Israel in 1948; (k) Israel's war crimes statute; (l) President Clinton's 1995 Executive Order which criminalized the financing of violence in the Middle East and directed all agencies to take all appropriate measures within their authority to carry out the provisions of this order; (m) the International Genocide Convention; (n) Israel's 1948 Declaration and its 1992 Basic Human Rights Statute; (o) both Israel army and U.S army war manuals and; (p) the Universal Declaration of Human Rights. By joining the UN in 1948, Israel agreed to abide by both the Universal Declaration of Human Rights and the UN Charter Principles which were word for word embodied in Israel's 1948 declaration. Violent settlers and Israeli army personnel, funded by the American taxpayer, violate these principles every day with impunity in the OPT.

One example of the brutal criminal activity which has been financed by the agency defendants occurred in July 2015.  Belligerent settlers, with Israeli army encouragement, burned down a Palestinian home which was occupied by the Dawabsheh family at 2 AM killing the parents and an 18-month-old infant. Prime Minister Netanyahu labeled this to be an isolated terrorist attack. According to Israeli army veterans, however, this is just one example of the fact that settlers are out of control. *See* OUR HARSH LOGIC. Agency defendant funding has also enabled the Israeli government to establish an apartheid regime in the OPT. As early as 2002, former Israeli Attorney General Michael Ben-Yair had concluded that "with the excuse that we need to occupy the West Bank for security reasons, we have turned it into a colonial state. The West Bank has remained an occupied territory for over 47 years. *During this period we have ignored international treaties, expropriated private property, moved Israeli settlers from Israel*

---

[8] Art. 46 Hague Convention Laws of War: Laws and Customs of War on Land (Hague IV), (July 29, 1899).

*into the OPT, and engaged in acts of disinheritance and theft.*" [9] This activity could not have occurred, especially ignoring international treaties, without American political and financial clout.

This tragic scenario, which has been condemned by no less than 100 countries, could not have been achieved without the aforementioned agencies' direct and indirect financial assistance of approximately $200 billion. Former Attorney General Ben-Yair is not alone in his assessment. Shulamit Aloni, former Minister of Education, has opined that the "State of Israel practices its own quite violent form of apartheid with the native Palestinian population." He stated that "The U.S Jewish establishment's onslaught on former President Jimmy Carter is based on him daring to tell the truth, which is known to all – '*through its army the government of Israel practices a brutal form of apartheid in the territory it occupies.*'" [10] In October 2014, following the ruling by Defense Minister Ya'alon barring Palestinian laborers from using Israeli public transport, Haaretz's editorial stated "the minister's decision reeks of apartheid, typical of the Israeli occupation regime in the territories. One of the most blatant symbols of the regime of racial separation in South Africa was the separate bus line for whites and blacks. Now Ya'alon has implemented the same policy in the Occupied Territories." [11]

Again, this is only one example of the pro-Israel double-standard practiced by these agencies; i.e., these same agencies have repeatedly condemned and sanctioned the South African Apartheid regime based on ethnic cleansing and the state of Apartheid. Even though the Israeli Army and belligerent settlers have set up a similar violent and restrictive Apartheid regime in the OPT, the agency officials have continued funding such criminal activity. In other words, ethnic

---

[9] WikiLeaks - Our Apartheid.
[10] WikiLeaks - Our Apartheid.
[11] Haaretz Editorial Board, *Welcome Aboard Israel's Apartheid Bus*, HAARETZ, Oct. 27, 2014.

cleansing, genocide, money-laundering, income tax fraud, Apartheid, arms trafficking, and the commission of war crimes, are readily denounced by the same agency defendants' officials when it is practiced by any country other than Israel. As explained in Count III, agencies that do not adhere to their own regulations or adopt a double standard necessarily engage in "arbitrary and capricious" conduct which is reviewable by this Court.

## JURISDICTION

1. <u>28 U.S.C.1361:</u> The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. The State Department has a duty to protect real property located overseas owned by Americans It also has a duty to enforce its own rules and regulations regarding the preservation of nationalization, cultural heritage, religious freedom and human rights of all people worldwide. Treasury also has a duty to Americans to enforce its tax-exempt rules and regulations. It also has a duty to investigate reported instances of money laundering, arms trafficking, and tax fraud. DOD has a duty to protect U.S.  Armed forces personnel serving overseas like the 34 U.S. sailors who were murdered by Israeli Air Force pilots in 1967.  Like the other agencies, DOD has a duty to enforce its rules and regulations pertaining to, *inter alia*, the sale of military equipment to foreign countries. As alleged herein, Israel gets special treatment by DOD officials. According to Les Janka, former White House Deputy Press Secretary for Foreign Affairs, sales to Israel were treated very differently. *See,* THEY DARE TO SPEAK OUT.

2. <u>5 U.S.C. 702:</u> An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or

failed to act in an official capacity or *under color of legal authority* shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. Courts shall "hold unlawful and set aside agency action found to be 'arbitrary and capricious' or an abuse of discretion or otherwise not in accordance with the law" Sec. 706 [2][A]. As detailed in the Introduction, the agency action complained of herein is "not in accordance with the law", nor have agency officials "acted...under color of legal authority".

3. In fact, they have acted in total disregard of relevant legal authority [both domestic and international] and fifty years of clearly articulated American anti-settlement public policy (*See* Exhibit A). Domestic legal authority which they have blatantly ignored includes the U.S. War crimes statute, President Lincoln's 1863 Lieber Code, President Clinton's 1995 Executive Code, the U.S. Genocide convention, and U.S. Army War Manual. In addition, the APA (5 U.S.C. § 704) provides a right to judicial review for "final agency action for which there is no other adequate remedy in a court". As detailed herein, the Plaintiffs have no other judicial remedy to pursue.

4. 28 U.S.C.1346 [2][a] Federal courts have jurisdiction over "any other civil action against the United States … founded either upon the Constitution or any act of congress. As detailed herein, the brutal criminal activity and the war crimes which have been funded by these agencies violates the "Law of Nations" clause in the Constitution [Art. 4] and at least six Congressional acts as cited herein. The brutal criminal activity and the illegal confiscation of private property also violates the Fifth Amendment rights of Plaintiffs Kateeb and Ali. They both lost their private property located in the OPT without due process of law. Courtesy of Treasury funding, their private property was seized and is

now occupied by belligerent settlers who are protected by the Israeli army. The settlements that swallowed up their properties have been funded by Jewish-American taxpayers for at least thirty years with million dollar contributions going to U.S. based pro-occupation tax exempt entities.

5. As this Court knows, American citizens have the right to petition their government in order to redress their grievances, *see* <u>Missouri v. Nat'l Organization for Women</u>, 620 F.2d 1301, 1318 (8th Cir.1980)(citing former Supreme Court Justice Douglas)(emphasizing the importance of the American citizen's "right to petition his government – it is one of the freedoms protected by the Bill of Rights"). The grievance that these Plaintiffs have is that these agency defendants, for thirty years at least, have been engaging in "arbitrary and capricious" conduct by funding violence and war crimes in the Middle-East. That criminal activity includes arms trafficking, arson, ethnic cleansing, genocide, theft of private property, and the violent expulsion of all non-Jews from the OPT. Such funding has aided and abetted the implementation of Israel's Master Plan to de-nationalize the entire Palestinian population, a war crime in and of itself. See South African Apartheid Litigation (S.D.N.Y. 2005).

**VENUE**

6. The Defense Department is located at the Pentagon and decides what military aid should be rendered to various countries including Israel. The State Department, located in Washington D.C., in order to promote and preserve democracy, religious and political freedom, and human rights all over the world, decides what non-military financial assistance will be given to various countries including Israel. The Treasury Department is also located in this judicial district. It has approved for the last thirty years annual tax deductible indirect financial assistance to Israel in the magnitude of $40 - 50 billion to

fund the expansion of illegal settlements and ethnic cleansing operations in the OPT.

Treasury officials, for at least thirty years, have known that these funds would be used to

fund the expansion of illegal settlements, armed belligerent settlers with Kalashnikovs,

and aggressive Israeli army military operations in the OPT. Agency defendants have

knowingly financed hundreds of illegal settlements and at least three Gaza invasions

which have resulted in the death of at least 10,000 Palestinians.

7.  All of the criminal activities complained of herein have been financed by congressional

authorizations, which officials of the agencies named herein were responsible for

originating and processing. All of that activity has taken place in this judicial district. The

authority for that funding that has been awarded to Israel over the last thirty years

originated within this judicial district. The agencies named herein were involved in

congressional appropriations and decisions to give $5 billion to Israel in direct and

indirect financial assistance every year. Treasury Department, also located in this district,

was responsible for approving the aforementioned $2 billion in indirect financial

assistance to Israel. The American Israel Political Action Committee (AIPAC) is located

in this judicial district as well and its mission has been a) convincing Congress to give

$160 billion to Israel in direct assistance over the last thirty years; b) protecting illegal tax

deductions taken by Jewish-American taxpayers who want to fund the settlement

enterprise and permanently colonize the OPT and East Jerusalem.

## RELEVANT STATUTES

8.  P. L. 87-565 (codified in 22 U.S.C. 2151): "*The Congress further declares that any*

*distinction made by foreign nations* between American citizens because of race, color, or

religion in the granting of, or the exercise of, personal or other rights available to

American citizens is repugnant to our principles." Such a distinction has been made by

the government of Israel in the cases of Plaintiffs Ali Ali and Linda Kateeb and many
other Palestinian Americans. Because of their national Palestinian heritage, they have
been deprived of valuable real estate and their right to hold title to real property located in
the OPT. Due to the U.S Treasury Department's failure to enforce its own tax-exempt
regulations, their property has been literally stolen and is now occupied by armed violent
settlers who claim they own that property. They are protected by Israeli army personnel
who are funded by the American Taxpayer – for example, the tax-exempt entity known
as "Friends of the IDF".

9.  The "distinction" condemned in 22 U.S.C. 2151 has been made by OPT Israeli area
military commanders; i.e. belligerent settlers are authorized and actually encouraged to
steal and occupy private property owned by Palestinian Americans. However, they
cannot steal property owned by Jewish citizens. That longstanding distinction violates 22
U.S.C. 2151 because it was made by Israeli area military commanders located in the OPT
on the basis of race and religion. Plaintiffs Ali and Kateeb are Palestinian Americans who
have standing to sue the agency defendants whose funding made possible the illegal
confiscation of their property in violation of the Fifth Amendment and the Law of
Nations Clause in the Constitution.

10.  22 U.S.C 2151 Infringement of Religious Freedom Act Oct. 7, 1964, P.L. 88-633, Part V,
§ 501, 78 Stat. 1015, provides: "It is the sense of the Congress that the United States
deeply believes in the freedom of religion for all people and is opposed to infringement
of this freedom anywhere in the world. The Congress condemns the persecution of any
persons because of their religion. It is further the sense of Congress that all persons
should be permitted the free exercise of religion and the pursuit of their culture." For the

last thirty years, on a daily basis in the OPT, Israeli army personnel and belligerent

settlers, with agency defendants' financial assistance have denied the Palestinian

population (whether Muslim or Christian) the free exercise of religion and the pursuit of

their culture. Violent settlers, funded by the agencies named herein, have: (a) burned

down and defaced mosques and Christian churches; (b) destroyed holy statutes, altars and

other church interior improvements and (c) confiscated non Jewish places of worship in

order to house Israeli army personnel and armed settlers. Recently, a Christian church,

Al-Baraka, located near Bethlehem was confiscated illegally and now houses Israeli army

personnel and armed settlers.[12] These soldiers protect settlers located in the Bethlehem

area when they go on violent rampages against their Palestinian neighbors. *See* OUR

HARSH LOGIC. [13] They have no qualms about maiming or murdering Christians or

Muslims, even American civilians.

11. Congressional concern for the protection of religious freedom is further evidenced by the

fact that there is a special U.S. Ambassador-at-Large appointed under 22 U.S.C. 6411(b)

who is specifically responsible for the protection of religious freedom and the ability of

all people to pursue their culture and heritage. Section 11 of that Chapter details

"particularly severe violation of religious freedom". That statute condemns "*systematic,*

*ongoing*, egregious violations of religious freedom like prolonged detention without

charges". Israeli army personnel and its military courts have been doing just that with

American financial assistance for the last thirty years –i.e., every Palestinian arrested is

automatically detained for six months. *See* THE GENERAL'S SON. That Ambassador-at-

---

[12] *See As settlers' takeover of occupied church compound near Bethlehem goes forward, demo is quelled,* MONDOWEISS, July 13, 2015.
[13] *See also,* Asa Winstanley, *Israel's fanatical settlers can get away with murder- literally,* MIDDLE EAST MONITOR, 13 January 2016.

Large has adopted a similar pro-Israel double standard. Consistent with State Department

policy, this Ambassador-at-Large has done nothing to protect Palestinian political and

religious freedom and the preservation of their culture for fear of offending the Israeli

lobby.

12. All agencies named herein have aided and abetted the violation of the <u>European</u>

<u>Convention on Nationality</u> ["No one shall be arbitrarily deprived of his or her

nationality"], Article 4(a) and the <u>American Convention on Human Rights,</u> Article 20

["no one shall be arbitrarily deprived of his nationality"]. They have done so by the

arbitrary de-nationalization of the Palestinian population. *See* <u>South African Apartheid</u>

<u>litigation</u>, 617 F. Supp. 2d. 228 (S.D.N.Y. 2009). In the process, they have also violated

the Hague Convention. Hague principles mandate that "individuals have a right to retain

their citizenship, even in the face of a hostile invasion." <u>Fourth Hague Convention</u> Article

45, October 18, 1907, 36 Stat. 2277, 2306. A state actor, like an Israeli area military

commander, "commits arbitrary denationalization if he terminates the nationality of a

citizen either arbitrarily or on the basis of race, religion, ethnicity...or political beliefs".

*Id.* Area military commanders located in the OPT, with the assistance of belligerent

settlers and Israeli army personnel, have been engaging in this cruel and inhumane

conduct for at least 30 years with the implicit approval of the agencies named herein. De-

nationalization of a civilian population, one of the goals of Israel's Master Plan, is a

separate war crime. *See* <u>South African Apartheid Litigation</u> (S.D.N.Y. 2009).

13. <u>Financial assistance to countries imprisoning citizens for political purposes.</u>  P.L. 93-189

§ 32 provides: "It is the sense of Congress that the President should deny any economic

or military assistance to the government of any foreign country which practices the

internment or imprisonment of that country's citizens for political purposes." Israeli

citizen Mordechai Vanunu disclosed to the world in 1986 that Israel had become a

nuclear power. He was promptly drugged and abducted from Italy, then arrested and

convicted in a trial behind closed doors. Simply because he disclosed this fact, he was

imprisoned for 28 years, 11 years of which he spent in solitary confinement. He is still

under house arrest and international travel restrictions. The same practice has been

successfully employed in the OPT in order to achieve the violent subjugation of the

Palestinian population.

14. Even though they are "inhabitants" of Israel, and therefore protected by Israel's 1948

Declaration, Thousands of Palestinians, including children under twelve, are currently

incarcerated as political prisoners in Israel. Their crimes include attending

demonstrations, Facebook postings criticizing the occupation, protesting settlement

expansion, theft of their real estate, denationalization based on race and religion, and

extensive ethnic cleansing.[14] Ethnic cleansing is a war crime which has been repeatedly

condemned by the agency defendants except when it comes to Israel. This is just another

example of the double standard adopted by the agencies when it comes to protecting

political beliefs, i.e. as long as it is not Israel locking up civilians like Mr. Vanunu for

their political beliefs, the agencies readily condemn such conduct and curtail foreign

financial assistance.

15. As already noted, that activity violates the Fourth Geneva Convention, the UN

Declaration on Human Rights, and Israel's own 1992 Basic Human Rights statute. Both

the U.S. and Israel are signatories to the Fourth Geneva Convention. It forbids an

---

[14] See MIDDLE EAST EYE.NET, *Israel approves prison sentences for 'terrorists' as young as 12* (Aug. 3, 2016).

occupying power from: (a) removing citizens [Palestinians] from an occupied territory and transferring them back into its own country; and (b) inserting its own citizens [belligerent settlers] other than army personnel into the occupied territory. Under the Geneva and the Hague conventions, an occupying power can only insert army personnel essential to establish public security. There are 4,000 soldiers in Hebron stationed there not to establish public security but to protect the 600 violent settlers when they go on a rampage. That security blanket alone costs the American taxpayer approximately $120 million.

16. Israel, with America's financial assistance, as part of its Master Plan, has been actively inserting its own citizens, aka "settlers", into the occupied territories for at least 30 years in order to achieve the violent subjugation of the Palestinian population and their de-nationalization. That is the identical crime that was charged in an indictment at the 1945 Nuremberg tribunal against Germany. Just like Israeli army personnel, Nazi troops were removing civilians from France, Italy, Greece, and Austria, and inserting German citizens and businessmen into the occupied territory. Much like German businessmen approved by the Third Reich, Israeli government-owned firms have been pillaging natural resources and factories in the OPT, especially those located near the Dead Sea. Thus, these agencies, by funding such conduct, have been knowingly aiding and abetting violations of the Nuremberg tribunal principles, and the Geneva and Hague conventions. Maintaining the occupation for 49 years has cost the American taxpayer at least $17 billion.[15] Without the $200 billion in U.S. financial aid, financing the longstanding occupation and rapid settlement expansion, construction of Jewish-only highways and housing projects, the goals of the Master Plan would not have been achieved.

---

[15] *Bankrolling Colonialism,* MA'AN DEVELOPMENT CENTER, at 32 (2010).

17. Both the U.S. Arms Control Act and the Mutual Financial Assistance Agreement allow U.S. agencies to terminate financial and military aid to a country whose personnel are using military equipment for other than "defensive" purposes. The Arms Export Control Act sets very clear limitations on how U.S. weapons can and cannot be used. It states, for example, that U.S. weapons can only be used for "internal security or self-defense".[16] During the 51-day Operation Protective Edge, the Israeli Air Force carried out more than 6,000 airstrikes in Gaza many of which hit hospitals, schools, mosques, residential buildings, even UN facilities.[17] Israeli Army personnel have repeatedly used U.S. military equipment in four separate military operations in Lebanon during 1982 and three Gazan invasions and murdered approximately 10,000 Palestinians in the process. Such conduct can hardly considered to be "defensive" in nature. As reported by numerous Israeli-based NGOs, Amnesty International, and Human Rights Watch, that conduct constitutes "collective punishment" which is a separate war crime in and of itself.

18. Human Rights in Chile. Act of Dec. 17, 1793, P.L. 93-189 § 35, 87 Stat. 734, provides: "It is the sense of the Congress that (1) the President should request the Government of Chile *to protect the human rights of all individuals, Chilean and foreign*, as provided in the Universal Declaration of Human Rights, the Convention and Protocol Relating the Status of Refugees, and other relevant international legal instruments guaranteeing the granting of asylum, safe conduct, and the humane treatment or release of political prisoners. This is stark evidence of the double standard employed by the State Department; i.e., it is appropriate to sanction countries like Chile and Venezuela, but not Israel, even though it denies fundamental human rights to its 'inhabitants' who happen to

---

[16] *See* Armed and Dangerous, *supra* note 1.
[17] United Nations Human Rights Council (UNHRC) Special Commission of Inquiry on the Gaza Conflict, July 2015.

be Palestinians. This statutory provision is also clear evidence of the fact that the U.S. Congress views itself as being bound by the Universal Declaration of Human Rights. As is obvious, when it comes to Israel, the agency defendants have ignored the provisions of the Universal Declaration of Human Rights for at least thirty years. This is simply another example of the pro-Israel double standard practiced by agency defendants.

**PARTIES**

19. All of the Plaintiffs named herein are American taxpayers and are concerned about the fact that: (a) their American aid dollars, in violation of the U.S. Constitution and six acts of Congress, are going to fund the violation subjugation of a civilian population and their denationalization; (b) that funding impacts negatively the image that America has especially in the Muslim world and the Middle East and encourages violent attacks on American citizens travelling or performing military services abroad. They are all aware that: (a) Congress has enacted legislative initiatives, i.e. the FAA and the Leahy Law; and (b) believe that the congressional mandates recited in those statutes should be enforced and hereby ask the Court to render this limited relief.

20. All plaintiffs are concerned and knowledgeable about the ongoing well-documented brutal occupation maintained by Israeli and the murder of American citizens, like Rachel Corrie, by Israeli army personnel. Some of them have even witnessed firsthand how Israeli army personnel and belligerent settlers have achieved the violent subjugation of the Palestinian population. Some of them have had their private property located in the OPT illegally confiscated and now occupied by belligerent settlers claiming they own that property. They will not be evicted from that private property because they are protected by Israeli army personnel who are financed by the American taxpayers. They all know that significant human rights abuses have been occurring in the OPT for at least

thirty years with American financial assistance. For example, twelve year old Palestinian

children have been arrested and sentenced to solitary confinement.[18]

21. All Plaintiffs named herein know that there are clear congressional mandates that these

agencies are not adhering to which provide a valid basis for the termination of all

financial and military aid to Israel. Termination of aid would be based on: (a) Israel's

despicable human rights record including genocide, ethnic cleansing, and the expulsion

of 400,000 Palestinians from the OPT;[19] (b) the fact that its military forces have

murdered and maimed at least 171 U.S. citizens, and; (c) repeatedly uses U.S. military

equipment for non-defensive operations such as the three Gaza invasions in 2000, 2009,

and 2014.

22. Given these circumstances, by refusing to shut off aid to Israel the agency defendants are

necessarily engaging in "arbitrary and capricious" conduct which is reviewable under

APA 5 U.S.C.706(2)(A). They rely on (a) the letter that was sent to President Obama by

twenty congressional members who complained about the ill treatment of Palestinian

children by the Israeli army (Exhibit B); (b) the letter that Senator Leahy sent to Senator

Kerry advising him of the extra judicial killings that have been committed by the Israeli

army and armed settlers (*See* Exhibit B) and; (c) the fact that a disgraceful human rights

record, including massive ethnic cleansing, provides a legal basis for terminating all

economic and military aid to the offending country.

23. As recited in detail in the Venue section, the defendants named herein are the Treasury

Department, the State Department, and the Department of Defense. They are all located

in Washington DC, except for the Pentagon located in Virginia, they are responsible for

---

[18] Nigel Wilson, *Youngest prisoner in Israeli jail is a 12-year-old girl*, AL-JAZEERA, 17 March 2016, http://www.aljazeera.com/news/2016/03/youngest-israeli-prisoner-12-year-girl-160317064812932.html
[19] *Israelis excel at camouflaging the expulsion of Palestinians*, HAARETZ, Oct. 20, 2014.

funding the conduct complained of herein by Plaintiffs. Based on the allegations in the

Venue section, there is no need to further elaborate on the identity of the defendants,

what they do, or where they are located.

**FIRST CAUSE OF ACTION -**
**AGENCY DEFENDANTS HAVE FINANCED ISRAEL'S MASTER PLAN TO**
**PERMANENTLY COLONIZE THE OPT AND IN THE PROCESS DE-NATIONALIZE**
**THE PALESTINIAN POPULATION – A WAR CRIME**

24. Plaintiffs hereby repeat and re-allege paragraphs 1 through 22 as if fully recited herein.

25. To put this cause of action in perspective, it is necessary to first understand the origin and

scope of the Master Plan. The Plan was initially envisioned by Israel's first president

David Ben-Gurion before Israel became a state courtesy of the UN partition plan. He told

his advisors that "after we become a strong force as a result of the creation of a state, we

shall abolish the [UN] partition, and expand into the whole of Palestine." [20] In other

words, the Master Plan, which was implemented by former Prime Minister Begin in

1982, is not a coincidence. It even envisioned the de-Palestinization of Jerusalem which

is well underway due to U.S. taxpayer financing. [21]

26. As stated, the goal of the Master Plan is to denationalize the entire Palestinian population,

which is a war crime. *See* South African Apartheid Litigation (S.D.N.Y 2005). The

massive financial and military aid provided by the agency defendants has been and is

today a key component of Israel's Master Plan to permanently annex the entire OPT and

all of Jerusalem. The whole world knows, except for agency defendant officials, that

Israeli leadership during the last thirty years has been rapidly implementing the Master

Plan with American taxpayer funds.

---

[20] Chomsky, *The Fateful Triangle*," 1983, pg. 161.
[21] UN General Assembly Report, *Experts Examine 'De-Palestinization' of Jerusalem, Reality on Ground at UN Meeting on Israeli Settlement*s, 7 Sep. 2015.

27. There is incontrovertible evidence that Israeli leadership has, since 1982, been intentionally deceiving U.S. presidents and the Congress with respect to Israel's real intentions regarding the West Bank and Jerusalem. *See* Exhibit B, Haaretz March 30, 2009 editorial, which reveals how, with Defendant Netanyahu's complicity, the Israeli public has been deceived with respect to the criminal activity going on in the OPT. That report "details a scandalous amount of land theft by the legal settlements." Schools, synagogues, and even police stations have been built on private Palestinian land. And the Haaretz editorial board condemns the revelation of Israel's ongoing land theft, and its seizure of territory, which supposedly is under negotiation. They label this "crooked behavior," and they assign responsibility for this lawless policy "rests with all Israeli governments for generations." That of course includes Prime Minister Netanyahu.

28. As detailed herein, Israeli leadership has always been intent on: a) permanently colonizing the OPT and Jerusalem; b) ridding the West Bank and Jerusalem of all non-Jews and; c) repeatedly lying to American leadership about Israel's real intentions. They have been very successful in terms of their ethnic cleansing efforts, i.e., at least 400,000 Palestinians have been forcibly expelled from the OPT by violent settlers and the Israeli army.[22] US based pro-Israel tax exempt entities, with Treasury's blessing, have funded ethnic cleansing of all non-Jews for at least 30 years.

29. *The Master Plan is premised on four realities*: First, U.S. financial and military aid can be taken for granted as well as Treasury's refusal to enforce its tax exempt regulations against pro-Israel tax-exempt entities. Second, Israeli leadership is not fazed by UN resolutions or international condemnation because of America's political and financial clout. Third, Israel has no intention of giving back any property stolen from the

---

[22] Abulhawa v. Treasury, No. 1:15-cv-2186 (D. D.C. 2015).

Palestinians. The final reality is that in another ten years, 1.4 million Jewish-only settlers will be permanently residing in the OPT. This will result in the entire Palestinian population being de-nationalized. Thus, the agency defendants, by funding Israel's Master Plan with $200 billion to date, have been knowingly funding serial war crimes for at least thirty years.

30. Thirty-four years ago, Zeev-Ben-Yosef, deputy head of the Settlement division of the World Zionist Organization, provided definitive proof of how the Master Plan would be implemented. He was interviewed in 1982 by reporter Lesley Hazelton (Dec. 1982 – The Nation). The title of the article was "The Israelis' irreversible settlements". Mr. Yosef disclosed Israel's secret thirty year Master Plan to take over the OPT in its entirety. According to Mr. Yosef, the thirty year plan was to follow an initial five year plan calling for 100,000 settlers in the OPT by 1985. He told the reporter that "then we'll get to the thirty year plan [which] calls for 1.4 million Jews to be inserted into the West Bank by 2010". The Master Plan, funded with America taxpayer money, has been very successful; i.e., close to 800,000 Jewish-only settlers now occupy the West Bank, and thousands more are coming every year. They are given $2 billion a year by US-based pro-occupation tax-exempt entities and their donors. Treasury Department officials have known about this money-laundering scheme for at least twenty years based on the numerous newspaper articles and editorials cited herein.[23]

31. As part of its Master Plan, Israel has every intention of permanently occupying the OPT, Jerusalem, and the Jordan Valley, as confirmed by Mr. Yosef. He claimed with relish, as of 1982, that the "situation there [the West Bank] is now irreversible". He also said that

---

[23] *See,* New York Times Editorial, *supra* note 10. Money laundering occurs when an American citizen sends clean funds overseas to promote illegal activity like arson and murdering and maiming civilians. 18 U.S.C. 1956, 1957.

"There can be no withdrawal, not now [1982], and not ever, from Judea and Samaria."
Congressional leadership and Presidential candidate Clinton, even today, are unwilling to
accept this reality, i.e., Israel's intention to permanently colonize the OPT courtesy of the
$200 billion they received from agency defendants.

32. In the same article, former Deputy Mayor of Jerusalem Mr. Benvenisti made three major
points concerning the settlement enterprise. First, he accurately predicted how the
implementation of the Master Plan would eventually result in the annexation of the entire
OPT and all of Jerusalem. Second, he shared Mr. Ben-Yosef's conclusion that all
settlements were permanent and irreversible as of 1985. Thus, approximately 30 years
ago, Israeli leadership knew that they could repeatedly offer the concept of a settlement
freeze to naïve U.S. officials desirous of achieving a two-state solution. The reason was
that it no longer mattered because the settlement situation had become irreversible. The
third point he made was that unless all financial and military aid was shut off, Israeli
leadership would continue to insert new settlers into the OPT and into East Jerusalem in
order to realize the goals of the Master Plan. That's why the Plaintiffs have filed this
lawsuit – the agencies in charge of giving financial and military aid to Israel have
adopted an Israeli-first policy courtesy of AIPAC and the Israeli lobby.

33. His words were prophetic, "If the American administration wants to exert pressure on
Israel, the only way to do that now is to pressure the Israeli economy as a whole. They
can't focus only on settlements, saying they'll withhold money going to settlements
because the whole system is economically integrated into the Israeli economy as a
whole." He also concluded that if you can't stop aid to Israel all together, "you can only
sit and watch the money going to the West Bank". The agency defendants named herein

have not only watched the money going to the West Bank for thirty years, they have authorized that massive funding which now totals approximately $200 billion, $17 billion of which Israel used for the settlement enterprise.[24] That spending, among other things, is a clear violation of the 1992 Oslo accords and simply confirms the fact that Israeli leadership has been lying to Congress and US Presidents for at least twenty five years.

34. Former PM Begin and his pro-occupation supporters were very confident in 1982 that the Master Plan would eventually be completed. According to Mr. Benvenisti "they know, they are assured, and they draw the maps of 2010 with the same confidence that they drew all the maps in 1985." The 2010 maps he was referencing, which were drawn up in 1985, showed over 200+ permanent settlements in the OPT occupied by 1.4 million Jewish-only settlers – end of story.

35. Further evidence of how the Master Plan worked just came to light in the form of a document authored by Defense Minister Moishe Dayan in 1970. He came up with a plan to circumvent international law which forbids theft of private property located in an occupied territory. The minutes of the July 1970 meeting, which Minister Dayan had with the mayor of Hebron, clearly reveal that the mayor was to be intentionally misled into thinking that military barracks were going to be constructed for military necessity rather than settlement homes. Minister Dayan's goal was to make it appear that they were complying with international law, but everyone knew that the barracks were disguised settlement homes. *See Haaretz article,* "Israel's Secret 1970 document confirms first west bank settlements built on a lie" (2016). The US based pro-Israel tax exempt entity, "The Hebron Fund," supplied the funding necessary to build the new settlement homes.

---

[24] *See* Bankrolling Colonialism, *supra* note 15.

36. Another vital component of the Master Plan is that Israel has no intention of returning any of the Palestinian property illegally confiscated and now occupied by belligerent settlers. According to Major General Shlomo Gazit, "it was clear that establishment of the Israeli civilian settlements is a kind of statement of policy whose weight is not much less than the Knesset decision in 1967 to annex east-Jerusalem. *These settlements were established on land from which Israel does not intend to withdraw*." (emphasis added).[25] Agency officials apparently do not even know that the Knesset permanently and illegally annexed east Jerusalem forty five years ago

37. Thirty-five years ago Chairman Drobless of the World Zionist Organization made it abundantly clear that there would be a permanent occupation of Palestine -"there must not be the slightest doubt of [Israel's] intention *to hold the areas of Judea and Samaria forever*. The best, and most effective way, to remove any shred of doubt regarding our intention to hold Judea and Samaria forever is a rapid settlement drive in these areas".[26] In light of Chairman Drobless' admission made in 1980 that Israel intended to rapidly and permanently colonize the OPT, it is inconceivable how agency officials would continue to fund that activity since every administration, from Eisenhower on, adhered to an anti-settlement public policy (see Exhibit A). This is true even today based on numerous remarks made by President Obama and State Department officials condemning the settlement enterprise and the demise of the two-state solution.

38. There is further corroborating evidence that Israel intended to permanently colonize the OPT based on comments made by former President Yitzhak Rabin. In 1976, he stated that "these settlement are here to stay for a long time. We don't establish new [Jewish-

---

[25] Bankrolling Colonialism, *supra* note 15.
[26] Bankrolling Colonialism, *supra* note 15, at 10.

only] villages only to pull them down later".[27] As a matter of fact, the Israeli Government has never pulled down or evacuated a single Jewish-only settlement in OPT. When Former PM Sharon ordered the evacuation of settlers in Gaza, it was only because he knew that Gaza could never become a Jewish-only territory – too many Palestinians lived there. In fact, as shown by a recent New York Times editorial 'The Boiling Point', further settlement expansion is now expected and taken for granted by Israeli leadership.

39. The Jewish National Fund, like the WZO, had a major role to play in terms of implementing and completing the Master Plan. It was created to be the colonial arm of the World Zionist Organization in order to acquire land and establish Jewish-only colonial settlements in Palestine consistent with the Master Plan. Its mission was to "purchase, take on lease, or otherwise acquire *any lands in Palestine, Syria, Sinai, and Turkey* for the purpose of settling Jews on such lands."

40. As early as February 1948, prior to the violent conquest of Arab villages in Palestine, President David Ben-Gurion told JNF leaders not to worry about stealing Palestinian property because "the war will give us the land". He was right of course. As a result, it is the largest land owner in Palestine and consistent with its charter and the Master Plan, can only by law sell or lease property to Jewish citizens. This prohibition, along with Jewish-only highways and restrictive Jewish-only land covenants recorded by ReMax brokers, is clear evidence of the rampant discrimination American taxpayers have been subsidizing for at least thirty years. Even the Israeli public transportation system separates Jewish and non-Jewish passengers– a hallmark of an Apartheid state.

41. Consistent with the Master Plan and further evidence thereof, there is an Israeli political party called Moledet, whose longstanding mantra is that "the land of Israel includes the

---

[27] Bankrolling Colonialism, *supra* note 15, at 17.

West Bank, Gaza, and East Jerusalem, and all this territory belongs to the nation of Israel."[28] Thus, it is not surprising that the party supports the formal annexation of the OPT and permanent removal of the Palestinian population. These of course are the goals of the Master Plan, which have been enthusiastically embraced by current Prime Minister Netanyahu.

42. Another vital component of the Master Plan was that settlement officials and Israeli army area commanders were encouraged to prepare false deeds and fraudulent affidavits justifying the confiscation of private Palestinian property. In fact, a Government official report of 2009', i.e. "Spiegel Database", found that settlers had "made false affidavits, misused the absentee property law, and received illegal transfers of private property, and tens of millions of shekels of public funds."[29] The Spiegel Database stated that settlements "were actually built on Palestinian land and outside of Israeli planning and building authorization". The report also states that "*The Government of Israel is aware of the extent and scope of illegal building activity … Israel has essentially legalized the theft of Palestinian land*". This disclosure was made 25 years ago and apparently ignored by agency defendant officials and US Congressional leadership.

43. As early as 1967, in contrast to agency defendant officials, British Foreign Secretary George Brown knew exactly what was going in the OPT. In reference to UN Security Council Resolution 242, he opined that Israel had "de facto, if not formally, annexed new areas of Arab land… it was clear that what Israel, or many of her leaders, wanted, was to annex much of this newly acquired Arab territory. Particularly, the Jordan Valley, Jerusalem, and other sensitive [Palestinian owned] areas." Thus, aggressive annexation of

---

[28] *See* Saree Makdisi, PALESTINE INSIDE OUT (2008), at 10 (Hereinafter "PIO").
[29] SASON REPORT, 2005; *see also* Miko Peled, THE GENERAL'S SON, P. 142.

private Palestinian property, with US taxpayer assistance, started as early as 1967 and

constituted the first phase of the Master Plan, to be followed by rapid settlement

expansion.

44. Another component of the Master Plan is utilizing Israeli army personnel to confiscate

Palestinian homes and force their owners out of the OPT. Proof thereof is that IDF

veterans who actually served in the OPT during 2000 - 2010 have stated that "Israeli

actions have systematically led to the de-facto annexation of large sections of the West

Bank through the subjugation of Palestinian residents by tightening control over them and

instilling fear".[30] Three Gaza invasions and at least twenty temporary incursions have

significantly tightened control over the Palestinian population and certainly instilled fear

in them because 10,000 Palestinians were murdered as a result of these invasions and

incursions. Proof that American military weapons have been used by both the Israeli

Army and the Air Force for non-defensive purposes is that they intentionally demolished

hospitals, schools, mosques, and also the only power plant and airport in Gaza with US

military equipment provided by DOD. According to former Prime Minister Olmert, as a

result of the occupation and carpet bombing engaged in by the Israeli Air Force,

Palestinians have to live in "open air prisons" as a result. *See* <u>Abulhawa v. Treasury</u>, No.

1:15-cv-2186 (D. D.C. 2015).

45. Another essential goal of the Master Plan is to ensure that there will never be a two-state

solution. Evidence thereof is abundant, including statements made by former PM

Sharon's senior adviser, Dov Weisglass, in 2001. He boasted that "our policy supplies the

formaldehyde that is necessary so that we'll not be in a political process with the

---

[30] OUR HARSH LOGIC: ISRAELI SOLDIERS' TESTIMONIES FROM THE OCCUPIED TERRITORIES, 2000-2010,
2012.

Palestinians. By doing so, you prevent the establishment of a Palestinian state and any discussion about Palestinian refugees, the borders, and Jerusalem. This whole package called the Palestinian state has therefore been removed from our agenda indefinitely" (PIO P.91). Defying and criticizing U.S. presidents like Bush Sr. and Obama and not being in a political process with the Palestinians in order to advance a two-state solution has always been and is today a key component of the Master Plan. It has been a very successful strategy.

46. Another vital component of the Master Plan is continuing the useless and time-consuming Middle-East peace talks which are a charade according to Henry Seigman, former head of the American Jewish Congress. He characterized the process as the "most spectacular deception in modern U.S. diplomatic history". Unlike agency defendant officials, he realized early on that "Since the failed Camp David accords of 2000, and actually well before it, Israel's interest in a peace process has been a fiction, which has served primarily as a cover for its systematic confiscation of Palestinian land." (PIO P.92). Truer words have never been spoken by a prominent Jewish-American leader. Agency officials and US Congressional leadership have ignored this candid admission as to Israel's real intentions.

47. In order to continue deceiving President Obama and U.S. Congressional leadership, Prime Minister Netanyahu came up with an expansive definition of 'military zones' to justify the ongoing illegal confiscation of Palestinian property.[31] For example, he now claims that the entire Jordan Valley constitutes a defined 'military zone', permitting confiscation of any and all Palestinian property located within this newly designated

---

[31] Bankrolling Colonialism, *supra* note 15, at 14.

military zone.[32] Israeli army personnel and belligerent settlers, courtesy of American

taxpayer funding, have been similarly establishing military zones all over the OPT in

order to justify and illegally confiscate more private Palestinian property in order to

expand settlement boundaries. His longstanding insulting motto is that "America can

easily be moved," i.e. the Israeli lobby controls Congress and does not tolerate the

voicing of anti-Israel remarks by US Congressional representatives.

48. As early as 1982, in order to implement the Master Plan, Israeli army personnel were

inserting a massive number of Jewish-only settlers into the Jordan Valley who had been

living in Gaza.[33] The first illegal and permanent outpost located in the Jordan Valley was

established in 1982 based on "military necessity". However, consistent with the Master

Plan, that military outpost was then quietly transformed into a settlement.[34] This

deceptive practice of converting military outposts into settlements was instrumental in

implementing Israel's Master Plan. It was designed specifically to deceive U.S.

presidents and congressional leadership so that Israel would continue receiving massive

financial assistance.[35]

49. The Master Plan also ensures that a separate Palestinian state will never be established for

a number of reasons including the damage that would be inflicted on the Israeli economy

as a result. For example, within an area of 33,000 dunums being farmed, the agricultural

production of the illegal settlements located in the Jordan Valley is valued at $136

million. Losing this land would cause a sizeable reduction in Israel's economy, such that

Prime Minister Netanyahu has stated explicitly that "Israel will never cede the Jordan

---

[32] Bankrolling Colonialism, *supra* note 15, at 14.
[33] Bankrolling Colonialism, *supra* note 15, at 30.
[34] Bankrolling Colonialism, *supra* note 15, at 30.
[35] Bankrolling Colonialism, *supra* note 15, at 30.

Valley" which is a vital component of Israel's Master Plan.[36] The reason – he knows a two-state solution is not possible without the Jordan Valley being made available for the Palestinian state. In other words, no Palestinian property left, no Palestinian state possible.

50. By moving its population into occupied land and creating permanent infrastructure such as Jewish-only roads, hospitals, housing, hotels, and schools, the Israeli government was methodically cementing its ownership of Palestinian land. That criminal conduct is exactly what was charged in the Nuremberg indictment filed against the German government in 1945. Just like Israeli army personnel, Nazi SS troops were forcefully removing non-German citizens from the countries they occupied. They then brought in German businessmen and more SS personnel in order to a) de-nationalize the population living there by establishing a permanent colony; b) seize all assets owned by merchants and banks; and c) make enormous profits by plundering factories and natural resources owned by the civilian population under belligerent occupation. Plundering natural resources owned by a civilian population under a belligerent occupation is a separate war crime as explained in Count II herein.

51. Another reason why there will never be a two-state solution is that, according to the World Bank, Israel has substantially profited from the plundering perpetrated by Israeli companies near and around the Dead Sea. Israel has no intention of ceasing this war crime activity because the resources plundered generate millions in revenue annually, with an estimated total value of $2 billion to date according to the World Bank. Plundering Palestinian natural resources has been and is today a vital component of Israel's Master Plan to take over the entire OPT. The Israeli Leadership knows that a

---

[36] Bankrolling Colonialism, *supra* note 4, at 14.

Palestinian state would be virtually bankrupt if it were not able to exploit these natural resources, including extracting valuable products, such as Potash, and cosmetic products from the Dead Sea area. Bottom line – Israeli leadership does not want an economically viable Palestinian state next door – a concept that U.S. congressional leadership refuses to acknowledge.

52. A perfect example of what the Master Plan has accomplished can be seen in what has happened in the Jordan Valley. U.S. financial assistance, between 2000 and 2007, resulted in: a) 1,003 Palestinian homes being demolished in the Jordan Valley alone, and b) 18,472 homes were built for Jewish-only settlers in the Jordan Valley. Construction was facilitated through the implementation of 4,993 demolition orders against Palestinian buildings and homes – a separate war crime.[37] As a result of agency defendant funding, Jewish settlers living in Jordan have been given free homes, non-recourse $20,000 loans, private Palestinian property, discounted utilities, and an unlimited water supply.[38] By taking over the Jordan Valley in its entirety with the massive financial assistance provided by the agency defendants, the permanent occupation envisioned by Israeli leadership 35 years ago made sure there would never be a two-state solution to implement.

53. To the detriment of American taxpayers and Middle East peace, agency defendant officials have ignored the following facts. Israeli leadership has: a) had utter disdain for the Quartet's Roadmap to Peace (2003) and the State Department's Blueprint for a Two-State Solution, b) repeatedly lied to US presidents and congressional leadership about Israel's intent to permanently colonize the OPT and forcibly expel all non-Jews, c)

---

[37] Bankrolling Colonialism, *supra* note 15, at 9.
[38] Bankrolling Colonialism, *supra* note 15, at 8.

instructed all area military commanders in the OPT as to how to prepare fraudulent property deeds and disguise the theft of Palestinian as a "military necessity", d) spent $17 billion in US taxpayer funds to advance the settlement enterprise, e) blatantly ignored numerous UN Security Council and General Assembly Resolutions condemning settlement expansion and the Israeli army' war crimes, and f) done everything possible to make sure there will never be a two-state solution as envisioned by the State Department in 2002 and by the Quartet in 2003.

54. In sum, despite all the rhetoric and hype proffered by Israel's guardian in the Senate (Sen. Charles Schumer) about Israeli leadership's resolute commitment to seeking peaceful resolution of the conflict and establishing a Palestinian state, the occupation has methodically accomplished the precise result Israeli leadership had set out to do forty-nine years ago. The result being the permanent colonization of the OPT and the de-nationalization of the Palestinian population. Those results are consistent with the Master Plan described herein, which is to be achieved by inserting a million plus Jewish-only settlers in the OPT. This process accelerated after the cleansing of most non-Jews from the OPT. It has now become a fait accompli for two reasons - first is America's political and financial clout. The second reason is that Israel is the only country in the world that has had a 'full-time guardian' representing its interests in the U.S. Senate, i.e. New York Senator Schumer.

WHEREFORE, the Plaintiffs listed herein hereby request that this Court order agency defendants to stop funding war crimes, including gross human rights violations and genocide, committed by the Israeli army by ordering that all military and financial aid to Israel be

terminated. As stated in the U.S. Government Accountability Office Report dated September 25, 2013 "to help ensure that U.S. assistance is not used to fund human rights violations, Congress prohibits certain types of assistance from being provided to foreign security services implicated in human rights abuses." Members of the Israeli army and the Israeli Air Force, as detailed herein, have not only been implicated in human rights abuses, they have actually committed wholesale human rights abuses for at least thirty years, including massive ethnic cleansing operations, and, as a result, the Palestinian population lives in "open air prisons".

### SECOND CAUSE OF ACTION-
### AGENCY DEFENDANTS BY GIVING $200 BILLION TO SETTLERS AND THE ISRAELI ARMY HAVE AIDED AND ABETTED THE COMMISSION OF WAR CRIMES, CRIMES AGAINST HUMANITY, GENOCIDE, AND THE DENATIONALIZATION OF A CIVILIAN POPULATION

55. Plaintiffs hereby repeats and re-alleges paragraphs 1- 52 as if fully recited herein.

56. The agencies named herein by appropriating and approving $200 billion in direct and indirect military and economic assistance to Israel have aided and abetted extensive criminal conduct and the implementation of Israel's Master Plan. Agency officials have funded, promoted, encouraged, assisted, and facilitated settlement expansion, wholesale violence like arson, ethnic cleansing, arms trafficking, the maiming and murdering of Palestinians living near illegal settlements, their de-nationalization, and the theft and destruction of their private property. Besides violating President Clinton's 1995 Executive Order 12947, which criminalized funding violence in the Middle East and directed all agencies to take all appropriate measures within their authority to carry out the provisions of this order , these are all notorious war crimes, including de-nationalizing a civilian population. *See* South Africa Apartheid litigation. All agency

officials in charge of Israeli Affairs have ignored President Clinton's Executive Order

because compliance with that Order would mean termination of all aid to Israel based on

the statutes referenced herein.

57. As shown *infra,* by not enforcing its own tax regulations against pro-occupation tax-

exempt entities, Treasury officials have collaborated with war criminals, i.e. Israeli army

soldiers and their commanding officers.  These officials not only encouraged young

recruits to blind Palestinian civilians by shooting at their eyes, they gave orders to shoot

to kill and to "fill Palestinian bodies with bullets".[39] Said officers also told

impressionable 18-year-olds just out of high school that promotion was dependent on the

number of Palestinian kills that they recorded.[40]

58. For thirty (30) years, Treasury officials have enabled American pro-settlement U.S. based

pro-occupation donors to finance such criminal activity by making tax-deductible

donations to hundreds of U.S. pro-occupation tax-exempt entities, including the Friends

of the Israeli Defense Force ("FIDF") – an organization dedicated to forcibly removing

all non-Jews from the OPT. Since 1990, the realities of the occupation have been

extensively reported on by UN Special Rapporteurs and by numerous international

newspapers including the Israeli newspaper Haaretz. Thus, agency defendant officials,

pro-occupation tax-exempt entities officials, and their donors knew that their financial

---

[39] OUR HARSH LOGIC, *supra* note 29, at 79.

[40] Unfortunately, these criminal commands are put into actual practice on a daily basis in the OPT. On February 21, 2016, Mohammed Abu Khalaf attacked two Israeli border guards with a knife. He was shot, disarmed, and incapacitated. While he lay on the cobblestones in the vicinity of the Damascus gate, the border police continued to fire rounds into him, shocking his body with the wave of bullets. Witnesses were "astonished by the quantity of live-fire shot into the downed Palestinian." http://mondoweiss.net/2016/02/video-israeli-police-continue-firing-after-palestinian-attacker-is-incapacitated/.

contributions supported settlement expansion, wholesale violence, arms trafficking and the ethnic cleansing of all non-Jews living in OPT and East Jerusalem.

59. By not enforcing its own regulations governing tax exempt entities against pro-Israeli occupation tax-exempt entities, Treasury officials have aided and abetted the financing of wholesale violence, the demolition of 49,000 Palestinian homes, and the theft of private property. This criminal activity is an essential component of Israel's Master Plan and constitute war crimes because they involve the wanton destruction of private property during a belligerent occupation, the de-nationalization of the civilian population, and massive ethnic cleansing.

60. Treasury officials have allowed U.S. donors and tax-exempt entities to make significant contributions to the Israeli army, totaling a billion dollars since 2006, with a $104 million going to the army in 2014 alone. The $104 million in donations made during 2014 to the Israeli army constitutes a small part of the $2 billion in laundered funds provided annually by U.S. donors to belligerent settlers and Israeli-based non-profits whose mission is to fund the violent expulsion of all non-Jews in the OPT. Agency defendant's conduct, and the conduct of State and DOD, amounts to aiding and abetting the implementation and completion of Israel's Master Plan and the violations of the following statutes and international conventions: (a) Nuremberg Principles; (b) U.S. War Crimes Statute; (c) U.S. Neutrality Act, 22 U.S.C. 441, (d) Israel's War Crime Statute, i.e Israel's Anti-Nazi Statute; (e) U.S. and Israeli money-laundering statutes, (f) the Genocide Convention; (g) Article 73 of the UN Charter, which requires that occupiers act as trustees over the occupied population's property; (h) UN Human Rights convention and; (i) America's 1863 Lieber Code. All agency officials have also aided and abetted

multiple violations of the 1990 Oslo Accords, which called for a permanent settlement freeze.

61. "War crimes" and "crimes against humanity" are defined in Section VI of the Nuremberg Principles, in 18 U.S. Code § 2441 (the "War Crimes Statute") as modified by the U.S. Military Commission Act of 2006. They have also been codified in Israel's Anti-Nazi Law of 1950. The definitions include murder, *ill treatment of a civilian population in occupied territory*, pillage,[41] destruction of private property, and persecution based upon religious or racial grounds. The Nuremberg Principles and its charter were adopted by all UN members. Both Israel and the U.S. consider the Nuremberg Principles to be part of their domestic Customary International Law and the Law of Nations,[42] see *Israel v. Eichmann* (Jerusalem District Court 1961, case no. 40/61).

62. *Most importantly, Nuremberg Principle VII provides that complicity in the commission of a war crime or a crime against humanity is a crime itself under International Law*. As a result, agency officials in charge of Israeli affairs have all committed a separate crime under International Law through complicity and/or collaboration with the funding and facilitation of the commission of comprehensive war crimes as defined in 18 U.S.C. Sec. 2441.

63. As detailed in OUR HARSH LOGIC, veteran IDF soldiers who have actually served in the OPT have repeatedly committed heinous criminal activities which have been funded with Treasury approved tax-deductible contributions to FIDF and the massive financial aid

---

[41] Article 4(2)(g) Additional Protocol II of 1977, which governs "armed conflicts not of an international character" explicitly prohibits pillage. For the last thirty years, the agencies named herein have been funding the war crime of pillage in the OPT, i.e., the wanton destruction of private property by the Israeli army and violent settlers.

[42] America's founding fathers took specific recognition of the "Law of Nations" doctrine, and it is the only one referenced in the Constitution, see Art. I Sec. 8 Cl. 10.

packages approved by State and the DOD. The war crime atrocities detailed in OUR HARSH LOGIC were based on personal sworn statements of 700 IDF senior commanders and line soldiers who actually served from 2000 to 2010 in the OPT on extended tours, and who are currently members of Breaking the Silence.[43] That organization is comprised of veteran combatants who have served in the Israeli military since the start of the Second Intifada and have taken it upon themselves to expose the Israeli public to the reality of everyday life in the Occupied Territories… [Their] work aims to bring an end to the occupation."[44]

64. As further recited in OUR HARSH LOGIC, the mission was to "protect the settlers' rampaging," i.e., maiming and murdering their Palestinian neighbors.[45]  That conduct alone violates the U.S. Constitution (Law of Nations clause), Nuremburg Convention, America's Lieber Code, and Israel's and America's War Crimes Statutes. The war crimes and atrocities were committed by IDF personnel in order to implement Israel's Master Plan and rid the OPT of all non-Jews. The massive financial assistance sent to Israel every year by the agencies defendants made that possible. The war crimes committed by Israeli army veterans include, but are not limited to:

(a) Soldiers ordered by their commanders to "fill Palestinian bodies with bullets," who did so, resulting in needless civilian deaths;[46]

(b) Impressionable 18-year-old recruits were told by commanding officers and clearly understood that moving up in the ranks was dependent on the number of "Palestinian

---

[43] OUR HARSH LOGIC, Introduction.
[44] Breaking the Silence, "About Us: Organization," accessed August 17, 2016, http://www.breakingthesilence.org.il/about/organization.
[45] OUR HARSH LOGIC, supra note 29, at 79,80, 288.
[46] OUR HARSH LOGIC, supra note 29, at 79.

kills" that they accumulated.[47] Thus, IDF personnel were encouraged and incentivized

to murder as many Palestinian civilians as they could with American manufactured

bullets;

(c) Some of these soldiers laughed at traumatized Palestinian children seeing their

mothers' body parts smeared all over the living room wall;[48]

(d) They saw young, traumatized Palestinian children urinating or defecating in their

pants as a result of either witnessing demolition of their homes or violent attacks on

their parents;[49]

(e) They were told to delay and sometimes prevent emergency vehicles and ambulances

from going through checkpoints, virtually ensuring that any wounded Palestinians

lying on the street would bleed to death.[50] In terms of vicious activity which have, in

certain cases, caused IDF soldiers to have post-traumatic stress disorder, persistent

nightmares, and commit suicide,[51] they were ordered to "throw grenades and then

bullets in the head [of Palestinians]."[52] *They were also told to inflict serious bodily*

---

[47] *Id.*

[48] *Id.* at 40.

[49] *Id.* The extent of the mental and physical distress on children goes back to the late 1980s. The Swedish Branch of Save the Children released in May 1990 a thousand-page report that detailed the effects of the conflict on the children in the OPT. Between 23,600 and 29,900 children required medical treatment for their injuries received from IDF beatings during 1987-1988. Almost one third of the children were ten years or under. One fifth were five and under. One third suffered broken bones, including multiple fractures. John Mearsheimer, Stephen Walt, *The Israel Lobby and U.S. foreign policy*, P. 100 (2012). Another example of such violence occurred when IDF soldiers, taking target practice, shot ten-year-old Abir Aramin in the head while she was walking home from school, holding hands with her older sister. Her sister describes how she "suddenly flew out of her hand and lay bleeding on the ground." GENERAL'S SON p. 148.

[50] Id.

[51] Terrorist attacks are not the most common cause of death for Israeli soldiers, whether committed by farmers or otherwise. These days, suicide is. From 1992 to 2005, more than 450 soldiers committed suicide, averaging more than one every two weeks. http://www.ifamericansknew.org/stat/suicideidf.html.

[52] OUR HARSH LOGIC, *supra* note 29, at 77.

*harm*, including the loss of eyesight—"aim for the eyes to take out an eye."[53]

65. Based on New York Times reporting and International Israeli media publications like Haaretz, senior officials in the agencies named herein have known about these brutal war crimes for at least thirty (30) years. For as long as fifty years, every President, Secretary of State, U.S. and UN representative has condemned the settlement enterprise and the violence it necessarily entails. *See* Exhibit A. Agency officials therefore have been purposely violating US public policy for at least thirty years. More importantly that funding violates the Nuremburg principles because they knew that settlers had (a) become trained in the use of sophisticated military hardware including Kalashnikovs and sniper scopes, (b) had attended sniper school and were trained in military tactics by the settlement security coordinator, (c) had become violent armed belligerents, and, (d) coveted their Palestinian neighbors' property considering such property to be a gift from God. One example thereof is the verbally abusive statements made by armed settlers to British BBC cameramen who were filming a day in the life of a typical Palestinian family in Hebron: "We killed Jesus and we are proud of it. This is our land and you get the fuck out of here". The armed settlers also screamed that they were "going to kill you and the Palestinians, you Nazi, you son of a shit … this is my house, my land, god gave it to me".[54]

66. These officials also knew that Israeli army personnel were given orders to shoot to kill and block ambulance and emergency vehicles so that Palestinians would bleed to death on the pavement. Even with that knowledge, agency officials have continued to fund the acquisition of sophisticated military hardware like Kalashnikovs, sniper scopes, bullet

---

[53] *Id.* p. 102.
[54] PIO, *supra* note 28, at 138.

proof vests, night vision goggles, percussion grenades, and sophisticated surveillance and tracking equipment purchased courtesy of U.S. foreign financial aid. As only one example thereof, DOD has provided the Israeli army and belligerent settlers with armored Caterpillar tractors, which are very effective in demolishing Palestinian homes, whether or not occupied by civilians. For example, the home of Ibrahim Mahmoud Mohammed Kalafallah was demolished while he was still inside and unable to leave, confined to a wheelchair and deaf. When the bulldozer finally left at 4 AM, his family found his mutilated body 20 meters from the home. See <u>Corrie v. Caterpillar,</u> 403. F. Supp. 2, 1019, 1025 (2005).

67. Senior Israeli army officials, funded by U.S. 501c3s that Treasury refuses to investigate are so out of control that battalion commanders often gave orders to shoot to kill at noncombatants such as medical personnel trying to recover wounded or dead Palestinians. As Israeli journalist Haggai Matar stated, none of *Breaking the Silence* members' allegations have proven to be wrong.[55] In fact, Chris Hedges, New York Times Pulitzer Prize winner, in his "Gaza Diary" specifically corroborated the routine practice of murdering 13-year-olds by IDF soldiers ("never saw soldiers killing kids for sport").[56]

68. Without the $200 billion provided by the agencies named herein, the Israeli armed forces and the belligerent settlers would have lacked sufficient funding to implement Israel's Master Plan and commit these horrendous war crimes. That is why the $200 billion in financial assistance was so important – it served to augment Israeli army limited financial resources. For example, the funding provided by the agencies were used to set up sniper schools to properly train settlers in the use of sniper scopes, freeing up Israeli army

---

[55] http://972mag.com/why-do-so-many-israelis-hate-breaking-the-silence/114763/.
[56] Chris Hedges, *A Gaza Diary*, HARPER'S MAGAZINE, Oct.2001.

personnel to violently subjugate the Palestinian population. As numerous U.S. Courts have held, money is fungible – such that funds donated to an organization that supports both charitable and criminal activities is deemed to be terrorist financing. See *Boim v. Holy Land Foundation for Relief and Development,* 549 F.3d 685 (7th Cir. 2008). (Holding that such donations would appear to be intended to intimidate or coerce the civilian population). Giving Israel $200 billion obviously frees up an equivalent amount which settlers and Israeli army personnel can use to maim and murder the local Palestinian population and steal more of their property, as noted by the General Accounting Office.

69. Based on the sworn testimony contained in OUR HARSH LOGIC, Israeli army personnel and the violent settlers they protect definitely intended to and did intimidate and coerce a civilian population. In fact, at least 400,000 Palestinians have been coerced into abandoning their homes. That conduct is a distinct and separate war crime – ethnic cleansing. Because the agency defendants have adopted a "double standard" when it comes to Israel, this criminal activity will never be investigated. That's another example of the arbitrary and capricious conduct engaged in by agency defendants.

70. Agency officials knew or should have known that the military equipment purchased through the funding they provided would enable Israeli Army personnel and belligerent settlers to maliciously wound and sometimes murder innocent Palestinian civilians, i.e. extrajudicial killings which Senator Leahy complained about in his letter to Secretary of State Kerry (See Exhibit B). Agency officials had to know that violent settlers routinely let wounded Palestinian farmers bleed out near the settlement perimeters having maliciously wounded them with the aid of sniper scopes. The crime that Palestinian

farmers committed was entering settlements to harvest their olive crops. Because of the double standard, Treasury Department officials have never challenged the pro-occupation tax-exempt entities' claim that financing the purchase of military equipment and setting up sniper schools is an "educational" activity and thus comply with Treasury's tax-exempt regulations.

71. Recently, Senator Leahy specifically wrote to Secretary of State Kerry to demand that the State Department conduct an investigation into these killings and implement the Leahy Law, a law authored by the Senator to cut off U.S. aid to countries with deplorable human rights records. State Department officials, consistent with the allegations made herein regarding a double standard when it comes to Israel, have not taken any steps to investigate these extrajudicial killings even though they know that violent belligerent settlers have also attacked U.S. embassy personnel. State Department officials, much like DOD officials, have made no attempt to decrease the amount of Israel's annual financial aid package based on the well-documented settler and Israeli army criminal conduct for a good reason – they have been intimidated by the Israeli lobby.

72. By continuing to facilitate the purchase of military hardware and other equipment utilized to commit war crimes by the Israeli Army and belligerent settlers, agency officials have been acting for at least 30 years as supportive "collaborators" complicit in the commission of violent criminal attacks against Palestinians and further confiscation of their private property. These tractors are used every day to demolish Palestinian homes in the OPT whether occupied or not. In fact, 49,000 Palestinian homes have been either confiscated or demolished in the OPT courtesy of U.S. financial assistance. That is the equivalent of taking over the city of Berkeley, CA.

73. Some of the sophisticated military hardware purchased by the Israeli Army courtesy of DOD and Treasury financing inevitably ends up in the hands of belligerent settlers. These settlers use the military hardware in order to illegally occupy and confiscate their neighbors' private property. Agency officials in charge of Israeli affairs knew that IDF soldiers condoned this criminal activity and would not deter belligerent settlers from killing or maliciously wounding their Palestinian neighbors. As reported in numerous media sources, settlers can literally get away with murder.[57]

74. That criminal activity, of course, constitutes "ill treatment of a civilian population" which is a separate war crime under the U.S. War Crimes Statute.[58] The massive funding provided by the agencies named herein to the Israeli armed forces and belligerent settlers made such criminal conduct possible. Said funding violates the U.S. constitution (Law of Nations), UN Charter and Geneva and Hague Conventions because it impeded the ability of Palestinian civilians to live undisturbed in their houses, work for a living, escort their children to school, mosques, or churches, and tend to their olive groves or secure critical medical care.

75. Officials in the agencies named herein, who are in charge of Israeli affairs, have all acted as friendly and supportive collaborators by funding Israel's Master Plan and the expansion of the settlement enterprise, which necessarily entails the illegal confiscation of Palestinian property in order to cleanse the neighborhood of all non-Jews. That was and is today a vital component of Israel's Master Plan to de-nationalize the Palestinian population. Besides funding massive ethnic cleansing efforts in the OPT, agency officials also knew that their financial assistance packages would encourage and finance arms

---

[57] Winstanley, *supra* note 13.
[58] 18 U.S.C. 2441.

trafficking, wholesale violence like arson, and the theft and malicious destruction of

private property. All of these criminal activities are additional and separate war crimes

financed by the agencies named herein in order to implement Israel's Master Plan.

76. Besides the treaties and conventions already referenced herein, the U.S. and Israel are

also signatories to the United Nations Convention on the Prevention and Punishment of

the Crime of Genocide ("Genocide Convention"), U.N.T.S. 277. That Convention

affirmed America's 1863 Lieber Code and Nuremberg Charter principles 1945 and

defined "genocide" to mean:

a. Any of the following acts *committed with intent to destroy, in whole or in part, a*

*national, ethnical, racial or religious group,* as such:[59]

   i. *Killing members of the group* (atrocities admitted by members of the Breaking the

   Silence movement; atrocities committed against Gaza fishermen; atrocities

   (murdering 12-year-olds) witnessed by NY Times Pulitzer Prize winner Chris

   Hedges as recorded in his "Gaza Diary", and Amnesty international reports[60],

   2003 Pilots' Letter: 27 pilots refused to engage in war crimes, i.e., carpet bombing

   in Gaza, which killed hundreds of civilian Palestinians (including Gaza native Ms.

   Abu Amer's who lost fourteen family members) during the third Gaza invasion in

---

[59] Based on vicious racially-motivated comments made by Israeli government officials and military leaders, the acts described herein were certainly engaged in with the intent to destroy the Palestinian population. For example: "The Palestinian threat harbors cancer-like attributes"—current Minister of Defense Yaalon; "Palestinians should go, as should the physical homes in which they raise the snakes"— current Justice Minister Shaked (encouraging "destruction of Palestine's elderly, women, cities, villages, property, and infrastructure"); "Palestinians are beasts…they are not human"—current Deputy Defense Minister Ben-Dahan; and "Preventing the spread of Palestinian citizens is a national duty"—Former Housing Minister Atias. http://imeu.org/article/extremism-incitement-to-racial-hatred-senior-israeli-officials-in-their-own, http://www.haaretz.com/news/housing-minister-spread-of-arab-population-must-be-stopped-1.279277.

[60] PIO, *supra* note 28, at 183 (IDF use of Palestinians as human shields, torturing prisoners, blocking ambulances, wanton destruction of property meet definition of crimes against humanity). *See* Hedges, *supra* note 56, http://www.bintjbeil.com/articles/en/011001_hedges.html; http://www.amnestyusa.org/research/reports/annual-report-palestinian-authority-2011?page=2.

2014. Pilot Yonatan Shapira, the main author, specifically remarked about a

Palestinian family of nine people living in Gaza and having to hide out in a

hospital so that they would not be murdered. According to him, "this is a war

crime—ongoing slaughter of innocent people"[61]). He also confirmed that a F-16

airplane provided by the DOD and financed with U.S. taxpayer funds dropped a

one-ton bomb on the house of a Hamas commander living in Gaza which killed

14 people including nine children. His superior, Gen. Dan Hlutz justified the

action and told him that "*Jewish actions must be evaluated from the perspective of*

*Jewish superiority to the Arab, moral and otherwise*";[62] or

   ii. *Causing serious bodily or mental harm* to members of the group (the 2003 Pilots'

Letter, UN Rapporteur and Amnesty International reports, Save the Children

reports, Breaking the Silence, and various Haaretz articles, Addameer reports,

B'tselem reports, and OUR HARSH LOGIC;[63] the B'tselem and Addameer are both

Israel-based NGOs which focus on settlement violence and inhumane prison

conditions); or

   iii. *Deliberately inflicting on the group conditions of life* calculated to bring about its

physical destruction in whole or in part (deprivation of access to medical facilities

by the placement of unauthorized checkpoint concrete barriers and the

construction of the separation wall, outfitted with sophisticated surveillance

devices, including thermal imaging systems; destruction of ambulances,

---

[61] http://www.seruv.org.il/english/article.asp?msgid=55&type=news.

[62] Robert Hirschfeld, *Yonatan Shapira: Israel's Pilot Refusenik,* available at http://www.wrmea.org/2005-april/special-report-yonatan-shapira-israels-pilot-refusenik.html.

[63] Former Prime Minister Rabin infamously gave the order to "break the bones" of Palestinians participating in the 2001 uprising against the occupation. http://mondoweiss.net/2010/11/the-real-yitzhak-rabin, http://www.haaretz.com/news/broken-bones-and-broken-hopes-1.173283.

emergency vehicles, hospitals, agricultural property, demolition of 49,000 homes
by armed settler militia and IDF personnel, poisoning water wells and livestock,
incarcerating 50,000 political prisoners, and isolating and confining the
preponderance of the Palestinian population to open-air prisons).[64]

77. All agency officials in charge of Israeli affairs are bound by President Lincoln's 1863
Lieber Code, America's Neutrality Act, the U.S. Constitution (Law of Nations Clause)
and a number of international conventions adopted by the U.S., including the GCIV, the
Genocide Convention, Hague, UN Charter principles, the UDHR, and Nuremberg
Principles. Agency officials have aided and abetted violations of these conventions in
order to implement Israel's Master Plan by: (a) financing the de-nationalization of the
Palestinian people, (b) financing arms-trafficking used to perpetuate ethnic cleansing; (c)
promoting and financing violence in the Middle East which is a clear violation of
President Clinton's 1995 Executive Order and; (d) providing funding to the Israeli Army
and violent settlers who they knew would engage in war crimes against the Palestinian
population. Without the funding provided by the agency defendants, that criminal activity
would not have occurred. For example, Kalashnikov rifles are very expensive--$15,000
apiece. Thus, arming a fifty-person militia unit would cost $750,000 – money that the
settlements did not have at their disposal.

78. All the agencies named herein that have "collaborated" or been "complicit" in allowing
the financing of war crimes have also violated various provisions of the Anti-Terrorism
Act, 18 U.S.C. § 2339C ("Prohibitions against the Funding of Terrorism"). The statute
forbids the funding of terrorist activities abroad, specifically the funding of violence
directed towards a civilian population for the purpose of intimidating them. The Israeli

---

[64] *See generally* OUR HARSH LOGIC.

Army and belligerent settlers who have been financed by the agencies named herein have been intimidating the Palestinian population for at least thirty years. Thus, the agencies have been aiding and abetting violations of the U.S. Anti-Terrorism Act for at least thirty years.

79. Between 2007 and 2009, the State Department licensed the export of more than 47 million rounds of ammunition of Israel at the American taxpayer's expense.[65] That is enough ammunition to injure or kill every Palestinian living under occupation ten times over. From 2000 to 2009, the State Department appropriated more than $24 billion of U.S. taxpayer funds for weapons going to Israel.[66] That amount of money is the equivalent of paying $3,175 for every Israeli man, woman, and child. In that same time period, the Israeli military 2969 unarmed Palestinians, including 1,128 children.[67]

80. Both State and Treasury have designated thousands of Muslims and Arabs and affiliated entities for funding violence in the Middle East. This conduct is a perfect example of the double standard that agency officials have implemented with respect to the investigation of war crimes committed by IDF soldiers and belligerent settlers. Treasury and State Department officials simply do not designate Israeli senior military personnel or belligerent settlers even if they have killed U.S. citizens.

81. Without the funding provided by the agencies named herein, IDF personnel and belligerent settlers would not have been able to continue terrorizing their Palestinian neighbors and confiscate and demolish 49,000 Palestinian homes.[68] The effect of the agencies' policies was therefore to continue supporting and financing the campaign of

---

[65] Armed and Dangerous, *supra* note 1, at 3.
[66] See Armed and Dangerous, *supra* note 1, at 4.
[67] See Armed and Dangerous, *supra* note 1, at 3.
[68] Abulhawa v. Treasury, No. 1:15-cv-2186 (D.D.C. 2015).

terrorizing the Palestinian population in order to bring the Master Plan to fruition. As reported in Haaretz a number of times, former senior Israeli intelligence officials have candidly remarked on the campaign of terror engaged in by the Israeli army and belligerent settlers.

82. The agencies named herein additionally facilitated the commission of war crimes by the Israeli Air Force, as evidenced by testimony from members of Breaking the Silence and the letter of air force pilot Yonatan Shapira. The parties' testimony confirms that war crimes were committed in the OPT on a regular basis. Pilot Shapira identified himself as a "member of a terrorist organization"[69], in reference to the Israeli Air Force. Pilot Shapira condemned dropping one ton bombs on a civilian population and the carpet-bombing routinely engaged in by the Israeli Air Force which resulted in the devastation of the Gaza territory during three separate Gaza invasions.[70] Repeated carpet-bombing in three Gaza Strip invasions resulted in the destruction of Gaza's only power plant and only airport – committed in order to punish the civilian population.

83. Well documented instances of the war crimes which agency officials in charge of Israeli affairs knew or should have known of are detailed below. These instances are only a small sample of the war crimes that Israeli army personnel and belligerent settlers have inflicted on Palestinians:

(a) **1990: Israeli Media Coverage:** As early as 1990, Israel's newspaper Haaretz began running editorials condemning settlement expansion and building new settlements, citing the fact that such activity violates Israeli law and public policy.[71] Settlement

---

[69] https://electronicintifada.net/content/i-was-part-terror-organization-says-israeli-pilot-turned-activist/14253, http://www.seruv.org.il/english/article.asp?msgid=55&type=news.
[70] http://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting.
[71] www.haaretz.com/print-edition/opinion/making-the-law-a-laughingstock-1.208691.

expansion, of course, necessarily results in ethnic cleansing, wholesale violence, and

the illegal seizure and destruction of private property. That activity is deemed to be ill

treatment of a civilian population, i.e., a war crime. With respect to Treasury allowing

FIDF donors to fund the Israeli army, an article was published in Haaretz accusing

the Israeli army of becoming a "killing machine." That same sentiment was expressed

also in 2005 by former Shin Bet military intelligence officials, i.e., IDF conduct is

"totally immoral."[72]

(b) **1995: International NGO Reports, U.S. State Department, and UN Rapporteur**

**Reports:** Israel-based NGOs as well as Amnesty International have documented the

same atrocities.[73] The U.S. State Department has published annual country-specific

human rights reports on human rights abuses in Israel and the OPT. Finally, UN

Rapporteurs have thoroughly documented these atrocities, and numerous articles

describing these identical atrocities have appeared in several international papers in

America, Europe and Israel.

(c) **2001: International Media Coverage:** International reporters who have actually

visited the OPT have observed these identical atrocities and reported on them. For

example, New York Times Pulitzer Prize-winning reporter Chris Hedges personally

witnessed IDF forces during the 2001 Gaza invasion taunting Palestinian children and

then killing them in cold blood: *"I have never before watched soldiers entice children*

---

[72] John Mearsheimer, Stephen Walt, *The Israel Lobby and U.S. Foreign Policy*, 100-101 (2012).

[73] Amnesty International, for example, has confirmed that three Israeli border guards confessed to forcing a group of Palestinian minors to eat sand and kiss their boots after having forgotten to carry their IDs. Some of the soldiers confessed further that they used the minors as ash trays, putting out their cigarettes on their skin. http://www.amnestyusa.org/research/reports/annual-report-palestinian-authority-2011?page=2.

*like mice into a trap and murder them for sport.*"[74] Murdering those children in cold

blood is obviously a heinous war crime. Thus all donors to the Israeli Army and

Treasury officials who collaborated with them by facilitating their donations have

been complicit in the commission of war crimes as that term is defined in Section VII

of the Nuremberg Principles.

(d) **2001: Atrocities:** IDF soldiers, as they were leaving Gaza, scrawled vile and

disgusting graffiti on the outside walls of Palestinian homes (i.e., extolling the pro-

settlement terrorist Kahane, proclaiming death to all Arabs, and boasting about raping

Arab women), they also celebrated the atrocities committed during the First Gaza

Invasion 2001 by proudly wearing t-shirts showing a very pregnant Muslim woman

wearing a hijab with the crosshairs of a sniper scope placed over her belly. The t-

shirts bore the inscription: "One shot, two kills".[75]

(e) **2003: War Crimes, Wholesale Violence, and Wanton Property Destruction:** In

2003, 27 reserve Israeli pilots wrote an open letter (now famously called the "Pilots'

Letter") candidly expressing their reasons for withdrawing from the service, including

the war crimes they were being ordered to commit.[76]

(f) **2004: Military Expeditions, Torture, Civilian Deaths:** There was not one, but three

Gaza invasions which were financed through the complicity of the agencies named

herein. During these invasions, thousands of Palestinian civilians were murdered by

---

[74] Hedges, *supra* note 56*, available at* http://www.bintjbeil.com/articles/en/011001_hedges.html.
[75] *Dead Palestinian Babies and Bombed Mosques – IDF Fashion 2009*, HAARETZ,
http://www.haaretz.com/dead-palestinian-babies-and-bombed-mosques-idf-fashion-2009-1.272500,
accessed December 10, 2015.
[76] PIO, *supra* note 28 at 170 (Listing, *inter alia*, sonic booms three to four times every night over Gaza,
terrifying children; Badly burned people; unprecedented numbers of amputees; destruction of Gaza's only
power plant such that they could not refrigerate foods and had to spend their evenings in darkness;
hospitals and medical clinics lacked power and fuel for emergency generators, and had to close; and no
dialysis or MRI equipment).

IDF personnel who utilized U.S manufactured sophisticated military hardware and cluster and phosphorous bombs.[77] That military hardware and cluster and phosphorous bombs were authorized by DOD officials. IDF veterans, as early as 2004, had specifically detailed (at www.breakingthesilence.org.il) the atrocities that they committed from 2000-2010 in the OPT and in Gaza. They are members of "Breaking the Silence", and have apologized for committing these comprehensive war crimes.[78] IDF veterans, of course, knew first-hand how the Palestinians were being abused in the OPT, including routine savage beatings they had to endure upon being arrested, as detailed in (k) *infra*. One example detailed in the book OUR HARSH LOGIC was aiming for Palestinians' eyes "to take out an eye."[79] Mr. Yonatan Shapira, former air force pilot, in 2005 remarked with respect to the devastating carpet bombing which leveled buildings, hospitals, and UN quarters in Gaza: "I was a member of a terrorist organization."[80] Treasury Department's OFAC division has designated thousands of Muslim and Arab individuals who allegedly belonged to terrorist organizations based upon minimal evidence, i.e., newspaper clippings instead of personal sworn confessions or other substantiating evidence. Given the nature of the confessions made by the aforementioned Israeli military senior officials, even Prime Minister Netanyahu, can and should be designated by the Treasury Department

---

[77] Senior IDF officials refer to this as "grazing". They tell young recruits that every few years or so, the "grass must be mowed," i.e., Gaza needs to be invaded http://www.jpost.com/Opinion/Columnists/Mowing-the-grass-in-Gaza-368516.

[78] IDF soldiers were ordered not to have a single house left standing, and stated that the political mission they were assigned to achieve was immoral, i.e., enforce a military regime over millions of civilians deprived of civil rights and basic liberties. They stated that broken houses and uprooted olive trees were everywhere. https://electronicintifada.net/content/i-was-part-terror-organization-says-israeli-pilot-turned-activist/14253, http://www.seruv.org.il/english/article.asp?msgid=55&type=news.

[79] OUR HARSH LOGIC, *supra* note 29, at 102.

[80] https://electronicintifada.net/content/i-was-part-terror-organization-says-israeli-pilot-turned-activist/14253, http://www.seruv.org.il/english/article.asp?msgid=55&type=news.

as international terrorists.

(g) **2010 to Present: Discrimination Widely Known:** In 2010 Miko Peled, the son of

famous Israeli military general Matti Peled, a decorated Israeli war hero, was arrested

and taken to an IDF military station in the OPT. The station commander remarked

after looking at his passport that *"look, [Mr. Peled] is an Israeli citizen, and he has*

*rights. He is not a Palestinian that I can just beat up and throw in prison."*[81] Beatings

are an everyday occurrence for Palestinians, who unfortunately are arrested simply

for demonstrating or Facebook postings critical of the occupation.

(h) Recently, the 24-year-old Palestinian activist Sireen Khudiri had her neighborhood

invaded by 25 military jeeps, had her home ransacked by Israeli army personnel, and

had all of her family's computers confiscated.[82] *Her crime—posting peaceful but pro-*

*Palestine messages on Facebook.* Similarly, settler extremists celebrated the murder

of 18-month-old Ali Dawabshe at a wedding celebration by repeatedly stabbing a

printed photograph of the toddler, who was burned to death in an arson attack on their

West Bank home last summer. IDF soldiers were in attendance at the wedding, and

even lent their rifles to the dancing revelers. Soldiers from the same battalion were

charged with assaulting Palestinian prisoners in custody.[83]

(i) Due to Treasury's refusal to enforce its own tax-exempt regulations, the U.S.-based

tax-exempt entity known as 'Friends of the IDF' and its donors, for example, Haim

Saban, have been able to fund this type of criminal activity for at least 20 years. As a

---

[81] THE GENERAL'S SON at 186. *See also* Anna Baltzer, *Witness in Palestine* P. 15 "I'm not doing this because you've done anything wrong, I'm doing this because you are Palestinian and I want you dead."
[82] http://samidoun.net/2014/01/sireen-khudiri-released-report-from-solidarity-movement-for-a-free-palestine/.
[83] http://www.jpost.com/Arab-Israeli-Conflict/Soldier-whose-gun-was-used-in-extremist-wedding-celebration-sent-to-prison-439090.

result, they can be considered "collaborators" in the commission of war crimes in

accordance with Nuremberg Principle VII. All agency officials have made no effort

to curtail the $3 billion in direct financial assistance or the $2 billion indirect financial

assistance with is sent to the Israeli army and Israel-based NGOs every year to fund

the violent expulsion of all non-Jews from the OPT. These officials, like FIDF

officials can therefore be considered "collaborators" as that term was used in the 1945

Nuremberg tribunal.

WHEREFORE, the Plaintiffs listed herein hereby request that this Court order agency

defendants to stop providing any and all financial and military assistance to Israel based on clear

violation of congressional mandates and resolutions detailed herein. As stated in the U.S.

Government Accountability Office Report dated September 25, 2013 "to help ensure that U.S.

assistance is not used to fund human rights violations, Congress prohibits certain types of

assistance from being provided to foreign security services implicated in human rights abuses."

Members of the Israeli army have not only been implicated in human rights abuses, they have

been engaged in a thirty year pattern of denying basic human rights and religious and political

freedom to the Palestinian population. Since these agencies have been funding human rights

abuses for at least thirty years, they have engaged in classic 'arbitrary and capricious' conduct

and have violated their own rules and regulations and have violated America's anti-settlement

public policy. *See* Exhibit A

### <u>THIRD CAUSE OF ACTION-</u>

**THE AGENCY DEFENDANTS HAVE ENGAGED IN 'ARBITRARY AND
CAPRICIOUS' CONDUCT BY ADOPTING A PRO-ISRAEL DOUBLE STANDARD
AND BY NOT ADHERING TO THEIR OWN REGULATIONS WHICH PROHIBIT
FUNDING ETHNIC CLEANSING, GENOCIDE AND THE DE-NATIONALIZATION
OF A CIVILIAN POPULATION – OBVIOUS WAR CRIMES.**

84. Plaintiffs hereby repeats and re-alleges paragraphs 1- 81 as if fully recited herein.

85. There is ample evidence of the 'arbitrary and capricious' conduct which has been engaged in by these agencies for at least thirty years. That conduct includes the adoption of a pro-Israel double standard and the agencies' thirty year failure to adhere to their own rules and regulations. Courts have found that administrative agencies engage in "'arbitrary and capricious'" conduct when their officials either adopt a double standard or violate their own regulations, *see* Sitz v. Kan. Dep't of Soc & Rehab. Servs,[84] Lutheran Med. Ctr. v. Daines.[85] They have also funded Israel's Master Plan to de-nationalize the entire Palestinian population – a separate war crime. As detailed herein, in financing Israel's Master Plan, the agency Defendants have all violated their own regulations, congressional mandates, and fifty years of clearly articulated U.S. anti-settlement public policy (*See* Exhibit A). President Obama has recently repeated America's position that settlements are a direct obstacle to peace and the forging of a two-state solution.

**The 'arbitrary and capricious' conduct engaged in by all agency officials:**

86. All agency officials have ignored fifty years of clearly articulated American anti-settlement public policy and the violence it engenders. *See* Exhibit A. Every president, his Secretary of State, and UN Representative has condemned Israel's settlement enterprise. Despite this being the case, agency defendants have given Israel $200 billion in the last thirty years to support the settlement enterprise. In fact, Israel has used $17 billion of those funds to expand settlements and rid the OPT of all non-Jews, conduct which violates the Oslo accords and its U.S. treaty obligations.[86]

87. All agency officials have also ignored President Clinton's 1995 Executive Order which criminalized the funding of violence in the Middle East and directed all agencies to take

---

[84] 2003 Kan. App. Unpub. LEXIS 84.
[85] 17 Misc. 3d 1109(A) (N.Y. Sup. Ct).
[86] *See* Bankrolling Colonialism, *supra*, note 15.

all appropriate measures within their authority to carry out the provisions of this order.

Executive Orders do not expire when the President who authored the Order leaves office,

such that Executive Order 12947 is still in effect. Because U.S. Pro-occupation U.S. tax

exempt entities have financed the purchase of sophisticated military hardware and

promoted wholesale violence, including burning churches, mosques, and Palestinian

homes, they have engaged in promoting and funding violence in the Middle-East. Even

though that activity clearly violates President Clinton's Executive Order, not a single pro-

occupation U.S. tax exempt entity or any of its donors has been designated by Treasury's

OFAC division. That is the way the pro-Israel double standard operates in Washington,

D.C.

88. All agency officials knew of and had access to numerous articles and newspaper reports

detailing how pro-occupation U.S tax exempt entities financed criminal activity and

engaged in arms trafficking.[87] Moreover, both Ambassador Kurtzer ("At the very least,

the GAO and the IRS should conduct a full investigation into the activities of these tax-

exempt organizations")[88] and IRS commissioner Koskinen ("If there are tax-exempt

entities abusing the law, we will shut them down")[89] criticized this activity. They both

stated that the organization's tax exempt status should be revoked if they are engaging in

---

[87] David Ignatius, *A Tax Break Fuels Middle East Friction*, WASHINGTON POST, March 26, 2009; Ronit Avni, *Want to Stop Israeli Settlements? Follow the Dollars*, WASHINGTON POST, June 25, 2009; Sheera Frenkel, *American Christian Funding Flows to Jewish Settlers*, NATIONAL PUBLIC RADIO, June 12, 2009; Josh Nathan-Kazis, *Can Tax-Free Donations Fund Settlements?*, FORWARD, January 6, 2010 issue of January 15, 2010; Christopher Hitchens, *Your Tax Dollars at Work—in West Bank Settlements: Why is the U.S. Treasury Department subsidizing zealots who oppose our foreign-policy objectives?*, SLATE, July 12, 2010; Jim Rutenberg, Mike McIntire, Ethan Bronner, *Tax Exempt Funds Aid Settlements in West Bank*, NEW YORK TIMES, July 5, 2010.
[88] http://www.mei.edu/content/real-talk-israeli-settlements
[89] http://c-span.org/video/irs-commissioner-nomination-hearing-dayone

such activity. Treasury officials, of course, have done nothing in this regard and will never enforce its tax exempt regulations against a pro-Israel tax exempt entity.

89. All agency officials ignored the murder of American citizens like Rachel Corrie. She was murdered by Israeli army personnel operating an armored Caterpillar tractor sold to the Israeli army by the DOD while attempting to prevent the illegal demolition of Palestinian homes. S*ee* Corrie v. Caterpillar, 503 F.3d 974 (9th Cir. 2007). Additional Americans murdered and maimed as a result of agency defendants' funding include Tristan Anderson, a resident of Oakton, CA, who was shot directly in the face with a high velocity tear gas canister in Ni'lan on Mar 13, 2009. The canister pierced a hole in the front lobe on his brain leaving him paralyzed and blind. In a similar manner, Emily Henochowicz, a 21 year old student from Potomac, MD, was also shot on May 31, 2010. She had been protesting Israel's deadly and illegal assault on the Gaza aid flotilla. She lost sight in her left eye as a result.[90]

90. All agency officials have also ignored the murder of 34 American sailors serving aboard the U.S.S. Liberty. The Israeli Air Force murdered those sailors and also wounded 130 sailors in the attack in 1967. Even though both State and Treasury have authority to do so, agency officials took no steps to investigate the matter or designate the Commander of the Israeli jet squadron which attacked the unarmed communications ship sailing in international waters. One hundred and thirty sailors were wounded in the attack as well because they were fired on by Israeli paratroopers when they tried to climb into emergency inflatable rafts because their ship was sinking.

---

[90] Armed and Dangerous, *supra* note 1, at 5.

91. All agency officials have also ignored former Secretary of State Baker's 1992 mandate that no U.S. aid be used to finance the Israeli settlement enterprise or the commission of human rights violations. All agency officials have knowingly contravened Secretary Baker's mandate for at least thirty years by funding settlement expansion, ethnic cleansing, and theft of private property in the OPT. In 1992, Israel's Prime Minister specifically assured Secretary Baker that no settlement activity would be tolerated or funded by the government – a complete fabrication. In fact, as is now clear, Israel has spent at least $17 billion financing the settlement enterprise. *See* Bankrolling Colonialism, page 32.

92. All agency officials have ignored the State Department's 2003 Blueprint to implement a two-state solution by financing the war crimes committed by Israeli army personnel and belligerent settlers, resulting in the violation of at least three provisions contained in the blueprint, *see* Exhibit C. All agency officials also knew that senior American law-enforcement authorities have put the world on notice for at least fifty years that the U.S. is against the funding of the commission of war crimes, and specifically, ethnic cleansing. For example, the State Department condemned such activity in Kosovo and reiterated the position that "the United States is also committed to … efforts to break the cycle of violence".[91] Agency officials are not concerned with breaking the cycle of violence in the OPT because they fund such violent activity almost on a daily basis.

93. All agency officials knew that the Congressional Research Service reported that "proceeds from the issuance of U.S.- guaranteed debt that are used to refinance Israeli government debt free up domestic Israeli funds for other uses". As numerous U.S. courts have held, for example, the Seventh Circuit in *Boim*, money is fungible; and giving Israel

---

[91] *See*, <u>Abulhawa v. Treasury</u>, No. 1:15-cv-2186 (D.D.C. 2015).

$5 billion a year allows it to fund Israeli army offensive operations, settlement expansion, and engaging in arms trafficking, i.e. arming belligerent settlers. Those are all vital components of Israel's plan to de-nationalize the entire Palestinian population.

94. All agency officials have ignored Art. 16 of the UN Declaration for Human Rights which recognized that the family is the fundamental and natural group unit of society and is entitled to protection by the state. According to Israeli human rights organization B'teslam, 120,000 Palestinian applications for family reunification have been pending since 2000. They have also ignored the fact that 49,000 Palestinian homes have been confiscated or demolished as a result of their funding. That would the equivalent of annexing and demolishing all of the homes in Berkeley, CA.[92]

95. Finally, all agency officials knew that their funding supports actions which are totally incompatible with American basic values. For nearly fifty years, segregated housing and segregated educational facilities have been deemed to be illegal in the United States and have been condemned by every administration. Nonetheless, pro-occupation tax exempt entities and their individual donors have continued to exploit the U.S. tax code to build segregated housing projects and Jewish-only highways which link up the settlements. Given the length of the system of Jewish-only highways linking up the settlements, this would be the equivalent of the New Jersey turnpike being designated as a Jewish-only highway.

96. In the case of Treasury and State, they have engaged in 'arbitrary and capricious' conduct because their officials have the authority to designate any individuals or entities that promote or fund violence in the Middle East. Because they have adopted a double, pro-Israel standard, neither agency has designated a single pro-occupation tax-exempt entities

---

[92] https://www.Ichd.org/ (48,488 as of Nov 2015).

or any of its donors who have been funding violence in the Middle-East for at least thirty years. This is proof of a double pro- Israel standard because Treasury's OFAC division, and the State Department, solely on the basis of newspaper clippings, have the authority to and have routinely designated thousands of Muslim individuals and entities as terrorists. Their crime – funding violence in the Middle East. Apparently it is okay for pro-Israel tax exempt entities to fund similar violence.

97. In a similar manner, Treasury officials have allowed pro-settlement U.S. donors to continue funding Israeli military forces on an annual basis, serving to augment their financial resources. For example, in 2014 alone, these donors sent $104 million to the Israeli army knowing that the funds would be used to perpetuate violence against Palestinian residents in the OPT. Treasury has also approved and allowed $2 billion in illegal tax deductions to fund belligerent settlers and Israeli army personnel on an annual basis – classic money-laundering. Treasury officials knew exactly what settlement officials would do with these funds – acquire Kalashnikovs, sniper scopes, percussion grenades, guard dogs, night vision goggles, so that violent militia members would be able to continue maiming and murdering their Palestinian neighbors. Treasury officials view these expenses as legitimate tax-deductible write-offs. They apparently believe that purchasing Kalashnikovs and night vision goggles is typical 'charitable' activity engaged in by tax-exempt entities like setting up a soup kitchen or a homeless shelter.

98. As further proof of 'arbitrary and capricious' conduct, Treasury officials have ignored, for at least ten years, the numerous complaints it has received regarding income tax fraud, money-laundering, and the funding of war crimes, including ethnic cleansing, by pro-Israeli occupation tax-exempt entities. Even though IRS Commissioner Koskinen insisted

that tax exempt entities funding violence in the OPT would lose their tax exempt status, not a single one has been designated or had their tax exempt status revoked. Treasury's failure to designate pro-settlement entities or their donors presents a stark contrast to its repeated designation of Muslim individuals and entities, evidencing a capricious double standard in the enforcement of its own regulations.

99. In the case of the State Department, it has ignored the repeated physical attacks on U.S. diplomatic personnel by belligerent settlers in the Hebron area. U.S. personnel were present in Hebron to investigate the systematic and violent attacks against Palestinians. State has also provided political cover to Israel by repeatedly vetoing UN Security Council resolutions condemning the Israeli occupation and the war crimes inflicted on Palestinian civilians. Israel's settlement enterprise and the commission of war crimes by its military personnel has resulted in the violation of numerous UN resolutions, which American leadership has not taken seriously. The State Department, of course, consistent with its pro-Israel double standard, has summarily rejected all UN resolutions condemning Israel's war crime activity. The State Department routinely issues pronouncements that these UN resolutions are the result of an international plot engaged in by third-world countries to shame Israel.

100. The real tragedy is that the State Department, in its annual reports on human rights practices of foreign governments, recognizes that Israel does commit systematic human rights violations against Palestinians. In fact, the 2011 report prepared by State officials on Israel comes very close to calling Israel an apartheid state, citing the fact that Israel has consistently engaged in systematic discrimination against Palestinians based on race, ethnicity, and national heritage. And yet, State and DOD have both continued to authorize

and licensed the sale of thousands of tear gas canisters, tons of sophisticated military

hardware, including Kalashnikovs, and riot control equipment so that the Israeli military

can continue with its systematic discriminatory policies.[93]

101. In March 2010, Vice President Biden traveled to Israel and met with Prime Minister

Netanyahu. He stated at the time that "the U.S. will hold Israel accountable for any

statement or action that inflames tensions or prejudice the outcome of settlement talks".[94]

As is obvious, State and DOD officials have ignored this foreign policy statement even

though Israel's conduct in the last thirty years has certainly inflamed tensions in the

Middle East and prejudiced settlement talks. Even the New York Times editorial board

knows that.[95]

102. In the case of DOD, agency officials have continued to sell armed caterpillar tractor

equipment to the Israeli army, the type used to murder Rachel Corrie and thousands of

Palestinian homeowners. That equipment has been instrumental in the demolition of

49,000 Palestinian homes, which is the equivalent of demolishing all homes in Berkeley,

CA. As already noted, one such home belonged to a Palestinian physician who was deaf

and confined to a wheel chair due to his physical disabilities. He could not hear the

approaching tractor, causing him to be crushed to death within his own home.[96] This is

just another specific example of the war crimes that the agency defendants have been

financing for thirty years.

103. DOD officials have also continued to supply sophisticated jet aircraft to the Israeli Air

Force, which has been used in three separate Gaza invasions to murder 10,000 civilians,

---

[93] Armed and Dangerous, *supra* note 1, at 7.
[94] Armed and Dangerous, *supra* note 1, at 9.
[95] *See* Oct.7, 2016 Editorial.
[96] Corrie v. Caterpillar, 503 F.3d 974 (9th Cir. 2007).

including lots of children. The DOD has continued to sell bunker bombs and phosphorous and cluster bombs used by the Israeli army to punish the Palestinian population, not to defend Israel. The bombs are designed to inflict maximum damage on anyone located within a mile of the area where such bombs are dropped. Further evidence of the double standard engaged in by these agencies is that the DOD has approved sales of scarce military equipment to address the needs of the Israeli military forces, even though such sales violated the DOD's rules and regulations governing the purchase of U.S. military equipment by foreign countries. *See* Paul Findley, *They Dare To Speak Out: People and Institutions Confront Israel's Lobby* (2003)(quoting Les Janka "Israel's purchase of military equipment is treated differently"). The DOD has routinely disregarded its own rules and regulations in order to facilitate the sale of military equipment to Israeli civilian entities.

WHEREFORE, the Plaintiffs listed herein hereby request that this Court order agency defendants to stop providing any and all financial and military assistance to Israel based on clear violations of U.S. congressional mandates and resolutions detailed herein. As stated in the U.S. Government Accountability Office Report dated September 25, 2013 "to help ensure that U.S. assistance is not used to fund human rights violations, Congress prohibits certain types of assistance from being provided to foreign security services implicated in human rights abuses." By funding settlement expansion, and offensive military operations in the OPT, these agencies have engaged in 'arbitrary and capricious' conduct. They have violated their own rules and regulations, have adopted a pro-Israel double standard, and have violated fifty years of American anti-settlement public policy. *See* Exhibit A. Unless the agencies deny further assistance to Israel, the Israeli army and its Air Force will simply continue their thirty year pattern of gross

human rights abuses, including ethnic cleansing and genocide

___/s/_____

Martin McMahon, *Esq*. Bar Number 196642
Attorney for Plaintiffs
Transnational Business Attorneys Group
1150 Connecticut Ave NW, Ste. 900
Washington, D.C. 20036
(202) 862-4343