**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RICHARD A. SIEGEL,** *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Case No. 16-2288 (RDM) |
| ) | |
| **UNITED STATES DEPARTMENT OF THE TREASURY,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S RESPONSE TO THE MINUTE ORDER**

Come now the Plaintiffs herein, and hereby respond to the minute order: There are a number of reasons why the firm did not serve the parties promptly, and the Plaintiffs appreciate the fact the Court will allow us to rectify the situation. Plaintiffs' Counsel has been practicing in New York Federal Court, Pittsburgh Civil Court, and a heavily contested matter in Virginia State Court. The firm also had several large briefs due in this judicial district that were filed last week. Both of the law firm's attorneys in the have been sick as well, with some kind of flu that seems to never go away. In addition, both of the firm's law clerks who normally complete our service of process unexpectedly left the firm due to their increasing law school commitments.

Because he had a long planned vacation, my young associate has also been out of the office for several weeks, and he could not get out of that commitment. We are both back in the office now, however, and believe that we can accomplish service of process within the next 10 days. As soon as we complete service of process, we plan to report to

the Court, and that could be as early as this Friday, March 10th. Again, we appreciate the Court giving this opportunity to rectify this matter. Again, we fully intend to rectify this problem within 10 days.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 – 4343
Attorney for the Plaintiffs