# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————————————

RICHARD A. SIEGEL, *et al.*,

      Plaintiffs,

         v.

UNITED STATES DEPARTMENT
OF THE TREASURY, *et al.*,

      Defendants.

———————————————————————————

Case No. 16-cv-2288 (RDM)

## NOTICE OF APPEARANCE

     Please take notice that Stephen M. Pezzi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.  Stephen M. Pezzi is admitted to practice in this Court and, pursuant to Local Civil Rule 83.2(j), hereby certifies that he is personally familiar with the Local Rules of this Court.

DATE:  March 28, 2017

                                        Respectfully submitted,

                                        CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone (202) 305-8576; Fax (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*