**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
RICHARD A. SIEGEL, *et al.*,           )
                                            )
   Plaintiffs,                        )
                                            )
       v.                              )     Case No. 16-cv-2288 (RDM)
                                            )
UNITED STATES DEPARTMENT     )
OF THE TREASURY, *et al.*,             )
                                            )
   Defendants.                       )
_____)

## NOTICE REGARDING SERVICE

Defendant United States Department of the Treasury, Defendant Secretary of the Treasury Steven Terner Mnuchin, Defendant United States Department of State, Defendant Secretary of State Rex W. Tillerson, Defendant United States Department of Defense, and Defendant Secretary of Defense James Mattis (collectively, "Defendants"), hereby submit the following notice regarding service of process in this matter:

    1.    Plaintiffs filed this action on November 16, 2016.  Docket No. 1.

    2.    A copy of the summons was issued to each defendant on November 21, 2016.  *See* Docket No. 4.

    3.    No summons was issued to the Attorney General of the United States or to the United States Attorney for the District of Columbia.  *See* Nov. 21, 2016 Docket Entry ("SUMMONS Not Issued as to U.S. Attorney and U.S. Attorney General.").

    4.    Pursuant to a request from Plaintiffs, additional copies of the summons were issued to each defendant on February 7, 2017.  *See* Docket Nos. 6-7.

    5.    On February 28, 2017, the Court issued the following Minute Order:

> Because the 90-day time limit for service has now expired, *see* Fed. R. Civ. P. 4(m), Plaintiffs are hereby ORDERED to file a status report on or before March 7, 2017, in which they (1) explain their delay in effecting service and (2) advise the Court as to when they expect that service will be completed. Signed by Judge Randolph D. Moss on 2/28/2017.

6. On March 6, 2017, Plaintiffs filed a "Response" to the Court's order, acknowledging that they "did not serve the parties promptly," explaining that they "believe[d] that [they could] accomplish service of process within the next 10 days," and declaring an intent to "report to the Court" when service was completed. Pls.' "Response to the Minute Order," Mar. 6, 2017, Docket No. 9.

7. That same day, the Court issued the following Minute Order:

> Upon consideration of Plaintiffs' Response to the Court's Minute Order of February 28, 2017 [9], it is hereby ORDERED that Plaintiffs shall effect service on or before March 16, 2017, and inform the Court when they have done so. Signed by Judge Randolph D. Moss on 3/6/2017.

8. On March 16, 2017, Plaintiffs made six "Affidavit of Mailing" filings—one for each named defendant, but none for the United States Attorney for the District of Columbia or for the Attorney General of the United States. *See* Docket Nos. 10-15.

9. Based on a review of the docket, it appears that no summons has been issued for the United States Attorney for the District of Columbia, or for the Attorney General of the United States.

10. Undersigned counsel for Defendants has inquired of the Civil Process Clerk at the U.S. Attorney's Office and the Office of the Attorney General and has been advised that neither the United States Attorney for the District of Columbia nor the Attorney General of the United States has been served with a copy of the summons or the complaint.

11.  Defendants are under no obligation to answer or otherwise respond to Plaintiffs' complaint until service is completed.  *See, e.g.*, *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999); *Koerner v. United States*, 246 F.R.D. 45, 48 (D.D.C. 2007); *see also* Fed. R. Civ. P. 4(i); Fed. R. Civ. P. 12(a)(2).

12.  As a courtesy to opposing counsel, undersigned counsel for Defendants sent a letter to counsel for Plaintiffs, notifying him of Defendants' position, and calling attention to the relevant provisions of the Federal Rules of Civil Procedure.  *See* Attach. 1, Mar. 28, 2017 Ltr. from S. Pezzi to M. McMahon.

13.  Defendants submit this notice in order to alert the Court to the current status of service of process, but without prejudice to any defenses that Defendants may ultimately assert in the above-captioned matter, including but not limited to lack of subject-matter jurisdiction, failure to state a claim upon which relief can be granted, insufficient service of process, and failure to complete service in a timely manner.

DATE:  March 28, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone (202) 305-8576; Fax (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*