IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD A. SIEGEL**, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Case No. 16-2288 (RDM) |
| ) | |
| **UNITED STATES DEPARTMENT OF THE TREASURY**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S MOTION TO CORRECT DEFICIENCIES**

COME NOW the Plaintiffs herein, and through undersigned Counsel hereby requests leave of the Court to resubmit and serve the appropriate summons forms in order to fully comply with Fed. R. Civ. P. 4(i) for service upon United States government Defendants. Fed. R. Civ. P. 4(i) requires service upon both the U.S. Attorney and the Attorney General, in addition to the government Agency at issue. With leave of the Court, Plaintiffs' Counsel will fully correct and effectuate service upon all of the appropriate parties in full compliance with Fed. R. Civ. P. 4(i) and the applicable C.F.R. rules within 10 days of the clerk's approval of the corrected summons forms filed concurrently with this motion.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Managing Partner
Transnational Business Attorneys Group
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 – 4343

Attorney for the Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiff's Motion to Correct Deficiencies has been made through the Court's electronic transmission facilities on the 28th day of March, 2017.

Respectfully Submitted,

/s/
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343